HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

### UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONALD R. SOUCY,<br><br>Debtor. | Case No.: 08-04626-LT13<br><br>EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE WHY ATTORNEY SHOULD NOT DISGORGE FEES OR SANCTIONED<br><br>Date: Ex Parte Application<br>Time:<br>Dept: Three (3)<br>Room: 129<br>Judge: Hon. Laura S. Taylor |

Comes now, the Acting United States Trustee (the "United States Trustee" or "UST"), pursuant to Federal Rule of Bankruptcy Procedure 9020, Local Bankruptcy Rule 9020, and Local Bankruptcy Rule 9013-6(a)(1)(I), the following Ex Parte Application for Order to Show Cause for Attorney to Appear Before the Court on Why Attorney Should Not Disgorge Fees or Sanctioned ("Application for OSC"). Steven Houbeck (the "Attorney" or "Mr. Houbeck") appears to have misrepresented to Bankruptcy Courts in the Southern District of California regarding the amount of fees he received in a number of chapter 13 cases. Therefore, the UST requests that the Court grant this Application and hold a hearing on all of the cases.[1]  In support thereof, the United States Trustee provides the following:

### FACTS

---

[1] This Application for OSC is substantially same as the Application for OSC filed in Abdolrazaghi, Case No. 09-04234-LT13.

Jamshid Abdolrazaghi filed a voluntary chapter 13 proceeding on March 31, 2009. Steven Houbeck is reflected as the attorney representing the Debtor.[2]  Mr. Houbeck filed a Disclosure of Compensation of Attorney for Debtor pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b) ("Rule 2016 Statement") on March 31, 2009.[3]  Rule 2016 Statement reflects that Mr. Houbeck was paid **$1,000** prior to the filing and that he is owed $2,300.  11 U.S.C. § 341(a)[4] Meeting of Creditors was held on May 1, 2009.  A representative of the Office of the UST appeared and asked Mr. Abdolrazaghi directly on how much he paid Mr. Houbeck. The debtor in that case testified that he had paid $2,800 to Mr. Houbeck.[5]

Trina Nadi filed a voluntary chapter 13 proceeding on October 15, 2008, and Mr. Houbeck is reflected as the attorney representing the debtor in that case.[6]  In that case, Mr. Houbeck disclosed in the Rule 2016 Statement that he was paid $500 prior to the filing.[7]  On April 20, 2009, the Court entered an order confirming the chapter 13 plan and approved compensation to Mr. Houbeck ("Nadi Confirmation Order") a total unpaid balance of fees of $3,250.[8]  The Nadi Confirmation Order as submitted by Mr. Houbeck further disclosed that he had received a total fee of $500 to date.  On or about April 27, 2009, the chapter 13 trustee appointed in this case – David Skelton – forwarded a complaint from the debtor indicating that she previously paid a total of $2,500 to Mr. Houbeck.  Attached hereto as **Exhibit 6** is a copy of the debtor's written complaint that was forwarded to the UST's Office, including receipts

---

[2] *See* Docket of Case No. 09-04234-LT13 attached hereto as **Exhibit 1**.  The United States Trustee requests that the court take judicial notice of the docket and all pleadings filed in this case pursuant to Federal Rule of Evidence, 201.

[3] *See* Rule 2016 Statement filed as Docket #1 of Case No. 09-04234-LT13 and attached hereto as **Exhibit 2**.

[4] All section references are to the Bankruptcy Code, and all rule references are to the Bankruptcy Rules unless otherwise indicated.

[5] *See* Declaration of Shannon Vencill in Support of the Application for OSC filed in Abdolrazaghi, Case No. 09-04234-LT13, which is attached hereto as **Exhibit A**.

[6] *See* Docket of Case No. 08-10226-LT13 and attached hereto as **Exhibit 3**.

[7] *See* Docket #1 of Case No. 08-10226-LT13 and attached hereto as **Exhibit 4.**

[8] *See* Docket #39 of Case No. 08-10226-LT13 and attached hereto as **Exhibit 5**.

forwarded by the debtor in this case showing that she paid $1,000 on October 15, 2008, $1,000 on October 7, 2008, and $180 on October 2, 2008 to Mr. Houbeck. The forwarded receipts indicate that the debtor in this case paid at least $2,180 to Mr. Houbeck prior to the Nadi Confirmation Order and Rule 2016 Statement.

On May 28, 2008, Donald R. Soucy filed a voluntary chapter 13 proceeding, and Mr. Houbeck is reflected as the attorney representing the debtor in that case.[9] In that case, Mr. Houbeck disclosed in the Rule 2016 Statement that he was paid $1,000 prior to the filing.[10] On September 18, 2008, the Court entered an order confirming the chapter 13 plan and approved compensation to Mr. Houbeck ("Soucy Confirmation Order") a total unpaid balance of fees of $2,300.[11] The Soucy Confirmation Order as submitted by Mr. Houbeck further disclosed that he had received a total fee of **$1,000** to date. On or about April 1, 2009, Mr. Soucy contacted the United States Trustee's Office indicating that he understood that he was to pay $2,574 to Mr. Houbeck and that he already paid that amount. Mr. Soucy enclosed a copy of the check dated May 1, 2008 in the amount of **$2,574** paid to Mr. Houbeck, and the letter and a copy of the check is attached hereto as **Exhibit 10**. On or about April 9, 2009, the undersigned sent a letter requesting that Mr. Houbeck explain and file declaration.[12] In response, Mr. Houbeck filed a declaration with the Court explaining his accounting in this case.[13]

On July 3, 2008, Silvia N. Godwin filed a voluntary chapter 13 proceeding, and Mr. Houbeck is reflected as the attorney representing the debtor in that case.[14] In that case, Mr. Houbeck disclosed in the Rule 2016 Statement that he was paid $1,300 prior to the filing.[15] On

---

[9] *See* Docket of Case No. 08-04626-LT13 and attached hereto as **Exhibit 7**.

[10] *See* Docket #1 of Case No. 08-04626-LT13 and attached hereto as **Exhibit 8.**

[11] *See* Docket #40 of Case No. 08-04626-LT13 and attached hereto as **Exhibit 9**.

[12] *See* Letter dated April 9, 2009 from Haeji Hong to Steven Houbeck attached hereto as **Exhibit 11**.

[13] *See* Docket #69 of Case No. 08-04626-LT13 and attached hereto as **Exhibit 12**.

[14] *See* Docket of Case No. 08-06198-LT13 and attached hereto as **Exhibit 13.**

[15] *See* Docket #1 of Case No. 08-06198-LT13 and attached hereto as **Exhibit 14**.

1  August 22, 2008, the Court entered an order confirming the chapter 13 plan and approved

2  compensation to Mr. Houbeck ("Godwin Confirmation Order") a total unpaid balance of fees of

3  $2,000.[16]  The Godwin Confirmation Order as submitted by Mr. Houbeck further disclosed that

4  he had received a total fee of **$1,300** to date.  On or about March 25, 2009, Ms. Godwin

5  contacted the Office of the United States Trustee by writing a letter that indicated that she

6  understood she was to pay $2,774 and that she already paid that amount.  She enclosed a copy of

7  two checks dated May 1, 2008 in the amount of $2,774 and January 6, 2008 in the amount of

8  $200.  Ms. Godwin's letter and copy of the checks are attached hereto as **Exhibit 16**.  On or

9  about April 9, 2009, the undersigned sent a letter requesting that Mr. Houbeck explain and file

10  declaration.[17]  In response, Mr. Houbeck filed a declaration with the Court explaining his

11  accounting in this case.[18]

## ANALYSIS

Mr. Houbeck appears to have violated Rule 2016.  The Court can order disgorgement of fees and/or sanction for violating disclosure rules.

Rule 2016(a) requires that when a debtor's attorney seeks compensation for fees, that the attorney file an application that includes "a statement as to what payments have theretofore been made or promised."  Rule 2016(b) requires that the debtor's attorney, whether applying for compensation or not, must also file a statement regarding compensation.

The Ninth Circuit Court of Appeals held that the disclosure rules are strictly applied. Thus, "[e]ven a negligent or inadvertent failure to disclose fully relevant information may result in a denial of all requested fees."  *Neben & Starrett, Inc. v. Chartwell Financial Corp. (In re Park-Helena Corp.)*, 63 F.3d 877, 882 (9th Cir. 1995).  The debtor's counsel must disclose "precise nature of the fee arrangement."  *Id.* at 881.

The Court has inherent authority over debtor's attorney's compensation.  *Law Offices of*

---

[16] *See* Docket #19 of Case No. 08-06198-LT13 and attached hereto as **Exhibit 15**.

[17] *See* Letter dated April 9, 2009 from Haeji Hong to Steven Houbeck attached hereto as **Exhibit 11**.

[18] *See* Docket #37 of Case No. 08-06198-LT13 and attached hereto as **Exhibit 17**.

1  *Nicholas A. Franke v. U.S.T. (In re Lewis)*, 113 F.3d 1040, 1045 (9th Cir. 1997).  The Court may

2  order disgorgement of attorney fees of an attorney that violates disclosure rules of the

3  Bankruptcy Code and Bankruptcy Rules.  *Id.*  If the debtor's counsel has already received the

4  fees, the Court may order disgorgement of fees already received.  *In re Perrine*, 369 B.R. 571,

5  580-81 (Bankr.C.D.Cal. 2007).  Additionally, failure to disclose may result in sanctions

6  regardless of actual harm.  *Id.*

7  In this case and in other cases as noted in the Facts section above, Mr. Houbeck appears

8  to have disclosed a substantially lower amount than he received from the debtors.  Such failure to

9  disclose accurate amount of fees already received from the debtors is grounds for complete

10  disgorgement of fees and/or sanctions. Therefore, the Court should issue an Order to Show

11  Cause.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  //

25  ///

26  ///

27  ///

28  ///

**CONCLUSION**

WHEREFORE, the United States Trustee requests that the Court issue an Order to Show Cause why Mr. Houbeck should not disgorge his fees or be sanctioned. The United States Trustee further requests that the Court set ONE hearing date for all parties - - Mr. Houbeck, debtors referenced in the Facts section above, and the United States Trustee -- to be heard on the issues alleged in this Application as soon as possible.[19]

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: June 22, 2009

By: /s/ Haeji Hong
    Haeji Hong
    Attorney for the Acting United States
    Trustee

---

[19] The UST is also filing an Application for OSC in (1) Abdolrazaghi, Case No. 09-04234-LT13-LT13; (2) Nadi, Case No. 08-10226-LT13; and (3) Godwin, Case No. 08-06198-LT13. The UST requests that the hearing for all of these cases be held at the same time.

- 6

1  | HAEJI HONG, ATTORNEY #198503
   | TRIAL ATTORNEY
2  | OFFICE OF THE UNITED STATES TRUSTEE
   | 402 West Broadway, Suite 600
3  | San Diego, CA 92101
   | (619) 557-5013
4  |
   | Attorney for
5  | TIFFANY L. CARROLL
   | ACTING UNITED STATES TRUSTEE
6  |
7  |
8  |                    UNITED STATES BANKRUPTCY COURT
9  |                    SOUTHERN DISTRICT OF CALIFORNIA
10 |
11 | In re:                                        ) Case No.: 09-04234-LT13
   |                                               )
12 | JAMSHID ABDOLRAZAGHI,                          ) DECLARATION OF SHANNON VENCILL
   |                                               ) IN SUPPORT OF EX PARTE
13 |          Debtor.                               ) APPLICATION FOR ORDER TO SHOW
   |                                               ) CAUSE WHY ATTORNEY SHOULD NOT
14 |                                               ) DISGORGE FEES OR BE SANCTIONED
   |                                               )
15 |                                               ) Date: Ex Parte Application
   |                                               ) Time:
16 |                                               ) Dept: Three (3)
   |                                               ) Room: 129
17 |                                               ) Judge: Hon. Laura S. Taylor
   | _____)
18 |

19 | I, Shannon Vencill, declare as follows:

20 | 1. I am a paralegal specialist employed by the Office of United States Trustee for the

21 | Southern District of California, and have personal knowledge of the facts stated herein and could

22 | competently testify thereto if called upon as a witness to do so.

23 |
24 | 2. Jamshid Abdolrazaghi filed a voluntary chapter 13 proceeding on March 31, 2009.

25 | 3. The initial 11 U.S.C. § 341(a) Meeting of Creditors was held on May 1, 2009.

26 | 4. I attended and appeared on the record, at the § 341(a) Meeting of Creditors, held on

27 | May 1, 2009. The Debtor was duly sworn and provided testimony under oath.
28 |

EXHIBIT "A"                    - 1

5. I questioned the debtor directly as to the amount he paid to Mr. Houbeck for services relating to his bankruptcy. The debtor testified that he had paid $2,800 to Mr. Houbeck.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing statements are true and correct. Executed this _17_ day of June, 2009 at San Diego, California.

_/s/ Shannon Vencill_
Shannon Vencill

DebtEd

## U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Bankruptcy Petition #: 09-04234-LT13

*Date filed:* 03/31/2009

*Assigned to:* Judge Laura S. Taylor
Chapter 13
Voluntary
Asset

**Debtor**
**Jamshid Abdolrazaghi**
18244 Mirasol Drve
San Diego, CA 92128-1319
SSN / ITIN: xxx-xx-5587

represented by **Steven R. Houbeck**
PO Box 150
Cardiff, CA 92007
619-463-4357
Email: Cicero68@AOL.com

**Trustee**
**David L. Skelton**
525 B St., Suite 1430
San Diego, CA 92101-4507
619-338-4006

represented by **David L. Skelton 4**
525 B St., Suite 1430
San Diego, CA 92101-4507
619-338-4006
Fax : 619.239.5242

| Filing Date | # | Docket Text |
|---|---|---|
| 06/15/2009 | 🔾 13 | Notice of Hearing on Objection to Confirmation of Chapter 13 Plan. filed by David L. Skelton 4 on behalf of David L. Skelton. **HEARING Scheduled for 10/7/2009 at 10:00 AM at Courtroom 4, Room 328, Weinberger Courthouse** (related documents 12 Objection to Confirmation of Chapter 13 Plan) (Skelton 4, David) (Entered: 06/15/2009) |
| 06/15/2009 | 🔾 12 | Objection to Confirmation of Chapter 13 Plan and Certificate of Service. filed by David L. Skelton 4 on behalf of David L. Skelton. (related documents 2 Chapter 13 Plan) (Skelton 4, David) (Entered: 06/15/2009) |
| 04/29/2009 | 🔾 11 | Notice of Appearance and Request for Notice filed by Marisol Antonio Nagata on behalf of OneWest Bank, FSB its assigns and/or successors in interest. (Nagata, Marisol) (Entered: 04/29/2009) |
| 04/02/2009 | 🔾 10 | Court Certificate of Mailing - BNC (related documents 2 Chapter 13 Plan) Service Date 04/04/2009. (Admin.) (Entered: 04/04/2009) |

EXHIBIT 1

| 04/02/2009 | ❑ 9 | Court Certificate of Mailing - BNC (related documents 8 Meeting of Creditors) Service Date 04/04/2009. (Admin.) (Entered: 04/04/2009) |
|---|---|---|
| 03/31/2009 | ❑ 8 | Meeting of Creditors & Notice of Appointment of Interim Trustee David L. Skelton with 341(a) meeting to be held on 05/01/2009 at 03:00 PM at 402 W. Broadway, Sixth Floor, Suite 630 San Diego, CA 92101,. Complaint to determine dischargeability of certain debts deadline: 06/30/2009. Proof of Claim due by 07/30/2009. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 7 | Rights and Responsibilities of Chapter 13 Debtors and their Attorney filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | 6 | Receipt of Chapter 13 Voluntary Petition(09-04234-13) [misc,1305u] ( 274.00) Filing Fee. Fee Amount 274.00 Receipt number 4113665. (U.S. Treasury) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 5 | Receipt of Statement of Social Security Number COURT NOTE: The PDF document is a secured image. filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 4 | Declaration Re: Electronic Filing filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 3 | Certificate of Credit Counseling for Debtor filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 2 | Chapter 13 Plan filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. (Houbeck, Steven) (Entered: 03/31/2009) |
| 03/31/2009 | ❑ 1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 274.00 filed by Steven R. Houbeck on behalf of Jamshid Abdolrazaghi. Declaration re: ECF due by 4/15/2009, (Houbeck, Steven) (Entered: 03/31/2009) |

B 203
(12/94)

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

In re:    **Jamshid Abdolrazaghi**                              Case No. _____

                                                Chapter    13    _____

                          Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,300.00 |
| Prior to the filing of this statement I have received | $ | 1,000.00 |
| Balance Due | $ | 2,300.00 |

2. The source of compensation paid to me was:

☒  Debtor              ☐  Other (specify)

3. The source of compensation to be paid to me is:

☒  Debtor              ☐  Other (specify)

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
including:

a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
a petition in bankruptcy;

b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d)  [Other provisions as needed]
**Prepetition case preparation and planning, electronic filing, and one (1) 341(a) hearing attendance.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

**Representation of the debtors in any dischargeability actions, stay violations, judicial lien avoidances, contested
matters, abandonement of assets, relief from stay actions or any other adversary proceeding, negotiations with
secured creditors to reduce to market value; reaffirmation agreements, redemptions, objections to exceptions;
preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or
real estate, amendments, 2004 examinations, application to reopen case, chapter conversion, appeals, objections
to proof of claim, and retrieval of closed files from storage.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  3/31/2009  _____

                          /S/STEVEN R. HOUBECK  _____
                          **Steven R. Houbeck, Bar No. 168018**

                          **Steven R. Houbeck, Esq.**
                          Attorney for Debtor(s)

---

EXHIBIT 2

DebtEd

## U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Bankruptcy Petition #: 08-10226-LT13

*Date filed:* 10/15/2008

*Assigned to:* Judge Laura S. Taylor
Chapter 13
Voluntary
Asset

**Debtor**
**Trina Nadi**
2749 Mission Village Drive
San Diego, CA 92123
SSN / ITIN: xxx-xx-2143

represented by **Steven R. Houbeck**
PO Box 150
Cardiff, CA 92007
619-463-4357
Email: Cicero68@AOL.com

**Trustee**
**David L. Skelton**
525 B St., Suite 1430
San Diego, CA 92101-4507
619-338-4006

| Filing Date | # | Docket Text |
|---|---|---|
| 05/18/2009 | 🔾 44 | Court Certificate of Mailing - BNC (related documents 43 Notice of Claims Filed and Intention to Pay Claims) Service Date 05/20/2009. (Admin.) (Entered: 05/20/2009) |
| 05/18/2009 | 🔾 43 | Notice of Claims Filed and Intention to Pay Claims (Entered: 05/18/2009) |
| 04/28/2009 | 🔾 42 | *Notice of* Withdrawal of Document *(W/D of Motion for Relief from Stay, RS #BPN1)* filed by Bruce P. Needleman on behalf of USC Credit Union. (related documents 23 Motion for Relief from Stay) (McGrew, J.) (Entered: 04/29/2009) |
| 04/21/2009 | 🔾 41 | **Minute Order. Hearing DATE: 04/21/2009,** MATTER: MOTION FOR RELIEF FROM STAY, RS # BPN1 FILED BY USC CREDIT UNION (fr 4/7/09). **DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (87536)). (related documents 23 Motion for Relief from Stay) (McGrew, J.) (Entered: 04/22/2009) |
| | | |

EXHIBIT 3

| 04/21/2009 | ❏ 40 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Trustee, Debtor, and Attorney for Debtor (Houbeck), at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 39 Order for Confirmation of Chapter 13 Plan) (McGrew, J.) (Entered: 04/21/2009) |
|---|---|---|
| 04/20/2009 | ❏ 39 | Order w/Application for Compensation and Confirmation of Chapter 13 Plan (GRANTED) signed on 4/20/2009. (Applicant: Steven R. Houbeck, Attorney for Debtor - Fees awarded: $3750.00, Awarded on 4/21/2009). (McGrew, J.) (Entered: 04/21/2009) |
| 04/07/2009 | ❏ 38 | **Minute Order. Hearing DATE: 04/07/2009, MATTER: MOTION FOR RELIEF FROM STAY, RS # BPN1 FILED ON BEHALF OF USC CREDIT UNION (fr 3/24/09). DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (86781)). **HEARING Scheduled for 04/21/2009 at 10:00 AM at Courtroom 1, Room 218, Weinberger Courthouse** (related documents 23 Motion for Relief from Stay) (Purkey, J.) (Entered: 04/07/2009) |
| 03/24/2009 | ❏ 37 | **Minute Order. Hearing DATE: 03/24/2009, MATTER: MOTION FOR RELIEF FROM STAY, RS # BPN1 FILED ON BEHALF OF USC CREDIT UNION (fr 2/24/09). DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (83793)). **HEARING Scheduled for 04/07/2009 at 10:00 AM at Courtroom 3, Room 129, Weinberger Courthouse** (related documents 23 Motion for Relief from Stay) (Purkey, J.) (Entered: 03/24/2009) |
| 03/10/2009 | ❏ 36 | Notice of Continued Hearing *on Motion for Relief from Stay (RS #BPN1)* filed by Bruce P. Needleman on behalf of USC Credit Union -- **HEARING Scheduled for 3/24/2009 at 10:00 AM at Courtroom 3, Room 129, Weinberger Courthouse**. (related documents 23 Motion for Relief from Stay, 35 Redacted Motion for Relief from Stay) (McGrew, J.). Modified on 3/11/2009 (McGrew, J.). (Entered: 03/11/2009) |
| 03/10/2009 | ❏ 35 | *REDACTED* Motion for Relief from Stay, RS # BPN1 *(Personal Property); Declaration of Ed Haselwood in Support; Proof of Service.* Fee Paid Fee Amount $ 0.00 filed by Bruce P. Needleman on behalf of USC Credit Union (related documents 23 Motion for Relief from Stay) (McGrew, J.). Modified on 3/11/2009 (McGrew, J.). (Entered: 03/11/2009) |
| | | Notice Taking Matter Off Calendar *(re Trustee's Objection to Confirmation of Ch 13 Plan).* Hearing Date and Time: |

| 03/09/2009 | ❏ 34 | 03/11/2009 AT 11:00 AM. Dept: 2 filed by David L. Skelton 5 on behalf of David L. Skelton. (related documents 12 Objection to Confirmation of Chapter 13 Plan) (Skelton 5, David). Modified on 3/12/2009 (McGrew, J.). (Entered: 03/09/2009) |
|---|---|---|
| 03/05/2009 | ❏ 33 | Court Certificate of Mailing - BNC (related documents 32 Assignment/Transfer of Claim) Service Date 03/07/2009. (Admin.) (Entered: 03/07/2009) |
| 03/03/2009 | ❏ 32 | Assignment/Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: Wells Fargo Card Services (Claim No. 8) To eCAST Settlement Corporation Re: Court Claim # 8 filed by Alane A Becket on behalf of eCAST Settlement Corporation.(Becket, Alane) (Entered: 03/03/2009) |
| 02/26/2009 | ❏ 31 | Notice of Modified Chapter 13 Plan Prior to Confirmation and Certificate of Service. filed by Steven R. Houbeck on behalf of Trina Nadi. (Attachments: # 1 Modified Chapter 13 Plan) (related document 2 Chapter 13 Plan) (Houbeck, Steven). Modified on 3/4/2009 (McGrew, J.). (Entered: 02/26/2009) |
| 02/24/2009 | ❏ 30 | **Minute Order. Hearing DATE: 02/24/2009,** MATTER: MOTION FOR RELIEF FROM STAY, RS # BPN1 FILED ON BEHALF OF USC CREDIT UNION. **DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (83217)). **HEARING Scheduled for 03/24/2009 at 10:00 AM at Courtroom 3, Room 129, Weinberger Courthouse** (related documents 23 Motion for Relief from Stay) (Purkey, J.) (Entered: 02/24/2009) |
| 02/23/2009 | ❏ 29 | Declaration *of Bruce P Needleman Esq in Reply to Debtor's Opposition to Movant's Motion for Relief from Stay (RS #BPN1)* (related documents 23 Motion for Relief from Stay) filed by Bruce P. Needleman on behalf of USC Credit Union. (McGrew, J.) (Entered: 02/24/2009) |
| 02/17/2009 | ❏ 28 | Declaration *of Debtor* (related document 12 Objection to Confirmation of Chapter 13 Plan) filed by Steven R. Houbeck on behalf of Trina Nadi. (Attachments: # 1 Proof of Service) (Houbeck, Steven). Modified on 2/18/2009 (McGrew, J.). (Entered: 02/17/2009) |
| 02/12/2009 | ❏ 27 | Declaration *of Steven Houbeck in Support of Opposition to Motion for Relief from Stay (RS #BPN-1 by USC Credit Union)* (related documents 23 Motion for Relief from Stay) filed by Steven R. Houbeck on behalf of Trina Nadi. (Attachments: # 1 Exhibit # 2 Proof of Service) (Houbeck, Steven). Modified on 2/18/2009 (McGrew, J.). (Entered: 02/12/2009) |

| | | |
|---|---|---|
| 02/11/2009 | ❏ 26 | Opposition to Motion for Relief from Automatic Stay RS #BPN-1 *(USC Credit Union)* filed by Steven R. Houbeck on behalf of Trina Nadi. (Attachments: # 1 Declaration of Debtor in Opposition) (Houbeck, Steven). Modified on 2/12/2009 (McGrew, J.). (Entered: 02/11/2009) |
| 02/11/2009 | ❏ 25 | Request for Hearing on Motion For Relief from Automatic Stay RS #BPN-1 *(USC Credit Union)*, and Notice of Hearing with Certificate of Service filed by Steven R. Houbeck on behalf of Trina Nadi -- **HEARING Scheduled for 2/24/2009 at 10:00 AM at Courtroom 3, Room 129, Weinberger Courthouse** (related documents 23 Motion for Relief from Stay) (Houbeck, Steven). Modified on 2/12/2009 (McGrew, J.). (Entered: 02/11/2009) |
| 02/02/2009 | ❏ 24 | Notice of Filing of a Motion for Relief from Automatic Stay RS # BPN1 filed by Bruce P. Needleman on behalf of USC Credit Union. Notice of Filing of Motion for Relief from Stay Served On: 1/28/2009. Request for Hearing & Opposition due by: 2/11/2009 (related documents 23 Motion for Relief from Stay) (McGrew, J.) (Entered: 02/03/2009) |
| 02/02/2009 | ❏ 23 | Motion for Relief from Stay, RS # BPN1 *(Personal Property).* Fee Amount $ 150 filed by Bruce P. Needleman on behalf of USC Credit Union (Attachments: # 1 Declaration of Ed Hazelwood in Support) (McGrew, J.) (Entered: 02/03/2009) |
| 02/02/2009 | ❏ 22 | Receipt of Relief from Stay Filing Fee - $150.00 by KD. Receipt Number 00202076. (Admin.) (Entered: 02/02/2009) |
| 01/14/2009 | ❏ 21 | **Minute Order. Hearing DATE: 01/14/2009,** MATTER: TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN. **DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (77671)). **HEARING Scheduled for 03/11/2009 at 11:00 AM at Courtroom 2, Room 118, Weinberger Courthouse** (related documents 12 Objection to Confirmation of Chapter 13 Plan) (Wilkinson, M.) (Entered: 01/14/2009) |
| 01/13/2009 | ❏ 20 | Declaration of Compliance; Local Rule 3015-6 filed by Steven R. Houbeck on behalf of Trina Nadi.(related document 12 Objection to Confirmation of Chapter 13 Plan) (Houbeck, Steven). Modified on 1/13/2009 (McGrew, J.). (Entered: 01/13/2009) |
| 01/12/2009 | ❏ 19 | Adversary case 09-90011. Complaint by USC Credit Union against Trina Nadi. Nature of Suit: 62 (Dischargeability - 523(a) (2), false pretenses, false representation, actual fraud) , Fee Amount $ 250 Filed by Bruce P. Needleman on behalf of USC Credit Union. (Dahl, S.) (Entered: 01/12/2009) |

| 01/09/2009 | ❑ 18 | Declaration of Compliance; Local Rule 3015-6 filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David) (Entered: 01/09/2009) |
|---|---|---|
| 12/05/2008 | ❑ 17 | Request for Special Notice filed by Bruce P. Needleman on behalf of USC Credit Union. (Braxton, F.) (Entered: 12/08/2008) |
| 11/27/2008 | ❑ 16 | Request for Special Notice Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 filed by Recovery Management Systems Corporation (Singh, Ramesh) (Entered: 11/27/2008) |
| 11/17/2008 | ❑ 15 | Court Certificate of Mailing - BNC (related documents 13 Notice of Hearing on Objection to Confirmation of Chapter 13 Plan, ) Service Date 11/19/2008. (Admin.) (Entered: 11/19/2008) |
| 11/17/2008 | ❑ 14 | Court Certificate of Mailing - BNC (related documents 12 Objection to Confirmation of Chapter 13 Plan) Service Date 11/19/2008. (Admin.) (Entered: 11/19/2008) |
| 11/17/2008 | ❑ 13 | Notice of Hearing on Objection to Confirmation of Chapter 13 Plan. Filed by David L. Skelton on behalf of David L. Skelton -- **HEARING Scheduled for 01/14/2009 at 10:00AM at Courtroom 4, Room 328 Jacob Weinberger U.S. Courthouse.** (related document 12 Objection to Confirmation of Chapter 13 Plan) (Skelton, David) (Entered: 11/17/2008). Modified on 11/18/2008 (McGrew, J.). (Entered: 11/17/2008) |
| 11/17/2008 | ❑ 12 | Objection to Confirmation of Chapter 13 Plan. (related document 2 Chapter 13 Plan ) filed by David L. Skelton on behalf of Trustee (Skelton, David) (Entered: 11/17/2008) (Entered: 11/17/2008) |
| 11/05/2008 | ❑ 11 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Clm #C3/TR0001/2001 - USC Credit Union)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 11/6/2008 (McGrew, J.). (Entered: 11/05/2008) |
| 10/16/2008 | ❑ 10 | Court Certificate of Mailing - BNC (related documents 2 Chapter 13 Plan) Service Date 10/18/2008. (Admin.) (Entered: 10/18/2008) |
| 10/16/2008 | ❑ 9 | Court Certificate of Mailing - BNC (related documents 7 Meeting of Creditors, ) Service Date 10/18/2008. (Admin.) (Entered: 10/18/2008) |
| | | |

| 10/15/2008 | ❑ 8 | Rights and Responsibilities of Chapter 13 Debtors and their Attorney filed by Steven R. Houbeck on behalf of Trina Nadi. (Houbeck, Steven) (Entered: 10/15/2008) |
|---|---|---|
| 10/15/2008 | ❑ 7 | Meeting of Creditors & Notice of Appointment of Interim Trustee David L. Skelton with **341(a) meeting to be held on 11/14/2008 at 10:00 AM at 402 W. Broadway, Sixth Floor, Suite 630 San Diego, CA 92101,**. Complaint to determine dischargeability of certain debts deadline: 01/13/2009. Proof of Claim due by 02/12/2009. (Houbeck, Steven) (Entered: 10/15/2008) |
| 10/15/2008 | 6 | Receipt of Chapter 13 Voluntary Petition(08-10226-13) [misc,1305u] ( 274.00) Filing Fee. Fee Amount 274.00 Receipt number 3589974. (U.S. Treasury) (Entered: 10/15/2008) |
| 10/15/2008 | ❑ 5 | Receipt of Statement of Social Security Number COURT NOTE: The PDF document is a secured image. filed by Steven R. Houbeck on behalf of Trina Nadi. (Houbeck, Steven) (Entered: 10/15/2008) |
| 10/15/2008 | ❑ 4 | Declaration Re: Electronic Filing filed by Steven R. Houbeck on behalf of Trina Nadi. (Houbeck, Steven) (Entered: 10/15/2008) |
| 10/15/2008 | ❑ 3 | Certificate of Credit Counseling for Debtor filed by Steven R. Houbeck on behalf of Trina Nadi. (Houbeck, Steven) (Entered: 10/15/2008) |
| 10/15/2008 | ❑ 2 | Chapter 13 Plan filed by Steven R. Houbeck on behalf of Trina Nadi. (Houbeck, Steven) (Entered: 10/15/2008) |
| 10/15/2008 | ❑ 1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 274.00 filed by Steven R. Houbeck on behalf of Trina Nadi. Declaration re: ECF due by 10/30/2008, (Houbeck, Steven) (Entered: 10/15/2008) |

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of California

In re:  **Trina Nadi**

_____

Debtor

Case No. _____

Chapter    **13**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,300 |
| Prior to the filing of this statement I have received | $ | 500 |
| Balance Due | $ | 2,800.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]

      **Prepetition case preparation and planning, electronic filing, and one (1) 341(a) hearing attendance.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **Representation of the debtors in any dischargeability actions, stay violations, judicial lien avoidances, contested matters, abandonement of assets, relief from stay actions or any other adversary proceeding, negotiations with secured creditors to reduce to market value; reaffirmation agreements, redemptions, objections to exceptions; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods or real estate, amendments, 2004 examinations, application to reopen case, chapter conversion, appeals, objections to proof of claim, and retrieval of closed files from storage.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **10/15/2008**

**/s/Steven R. Houbeck**
**Steven R. Houbeck, Esq., Bar No. 168018**

**Steven R. Houbeck, Esq.**
Attorney for Debtor(s)

EXHIBIT 4

CSD 1177 [11/03/08]
Name, Address, Telephone No. & I.D. No.

Steven R. Houbeck CSB#168018
PO Box 150
Cardiff, CA 92007-0150
619-463-4357

**Order Entered on**
April 21, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

TRINA NADI

BANKRUPTCY NO. 08-10226-T13

Debtor.

## APPLICATION FOR COMPENSATION AND CONFIRMATION OF
## CHAPTER 13 PLAN; AND ORDER THEREON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.

//

//

//

//

//

//

DATED: April 20, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Houbeck & Associates
(Firm name)

By: /s/ Steven R. Houbeck
Attorney for Debtor(s)

CSD 1177

EXHIBIT 5

Case 08-10226-LT13   Filed 04/20/09   Doc 39   Pg. 2 of 2

CSD 1177  [11/03/08] (Page 2)
APPLICATION FOR COMPENSATION AND CONFIRMATION OF CHAPTER 13 PLAN; AND ORDER THEREON
DEBTOR: TRINA NADI                                                        CASE NO: 08-10226-T13

## I.  APPLICATION FOR CONFIRMATION AND ALLOWANCE OF COMPENSATION:

The undersigned attorney for the above-referenced Debtor(s):

A. Represents that the Section 341(a) meeting is concluded in this chapter 13 case and that the Debtor(s) Plan, as that term is defined in paragraph II(A) below, complies with Section 1322 and 1325(a) of the Bankruptcy Code.

B. Represents that a Rights and Responsibility Statement was signed by the Debtor(s) and filed in this chapter 13 case on 10/15/09 and that the fees set forth in paragraph I(C) do not exceed the applicable presumptive guideline fees as established by General Order 173 of this Court.

C. Represents that the paid and unpaid attorneys' fees and costs in this case are as follows:

   1. The agreed initial fee for attorney services:              $ 3,300.00          ;

   2. Additional fees not part of initial fee:                   $ 450.00            ;

   (Specify referencing any relief from stay or adversary proceeding number as relevant):
   Relief from stay hearing on auto on 02/24/09

   3. Total fees received to date:                               $ 500.00            ;

   4. Total unpaid balance of fees:                              $ 3,250.00          ;

D. Requests that this Court:

   1. Confirm the Debtor(s) Plan; and

   2  Allow fees as set forth in paragraph I(C) above.

## II.  ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEYS FEES

Upon considering the foregoing application, IT IS HEREBY ORDERED THAT:

A. The debtor(s) plan dated 02/25/09 and, if applicable, as amended by pre-confirmation modification(s) dated not applicable ("Debtor(s) Plan") is confirmed.

B. Attorneys' fees and costs are allowed as set forth in paragraph I(C) above, and any unpaid fees shall be paid as provided for in the Debtor(s) Plan.

Approved as to form and content by Chapter 13 Trustee submission of this Order:     /s/David L. Skelton

CSD 1177

*Signed by Judge Laura Stuart Taylor April 20,2009*

April 27, 2009

TO: DAWN   -   Fax # 619-239-5242

FROM: TRINA Nadi   Phone 619-788-9807
RE:   CASE # 0810226-T-13
    Chapter 13.

EXHIBIT 6

TRINA Nadi

CHASE #
08102267



RECEIPT

DATE 10-2-08          No. 103838
FROM Trina Nadi          $180
                              DOLLARS
○ FOR RENT  legal
○ FOR
ACCT. 2,400    ○ CASH    FROM ____ TO ____
PAID  180     ○ CHECK
DUE  2,220    ○ MONEY ORDER    BY
                              2501

RECEIPT

DATE 10-7-08          No. 103840
FROM Trina Nadi          $1,000
                              DOLLARS
○ FOR RENT  legal
○ FOR
ACCT. 2220    ○ CASH    FROM ____ TO ____
PAID  1,000   ○ CHECK
DUE  1220     ○ MONEY ORDER    BY
                              2501

RECEIPT

DATE 10-15-08          No. 103843
FROM Trina Nadi          $1,000
                              DOLLARS
○ FOR RENT  legal (DISCOUNT)
○ FOR
ACCT. 1,000   ○ CASH    FROM ____ TO ____
PAID  1,000   ○ CHECK
DUE   0       ○ MONEY ORDER    BY
                              2501

I also gave him 400.⁰⁰ CASH,
        he didn't give me a receipt.
I owe him $50.00 for car charges

**DebtEd**

## U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Bankruptcy Petition #: 08-04626-LT13

*Date filed:*   05/28/2008

*Assigned to:* Judge Laura S. Taylor
Chapter 13
Voluntary
Asset

*Debtor*
**Donald R Soucy**
11651 Wills Creek Road
San Diego, CA 92131
SSN / ITIN: xxx-xx-6006

represented by **Steven R. Houbeck**
PO Box 150
Cardiff, CA 92007
619-463-4357
Email: Cicero68@AOL.com

*Trustee*
**David L. Skelton**
525 B St., Suite 1430
San Diego, CA 92101-4507
619-338-4006

| **Filing Date** | **#** | **Docket Text** |
| --- | --- | --- |
| 05/11/2009 | 🔾 71 | Notice of Intent to Reconsider and Reallow Proof of Claim re Court Claim #2 *(Aurora Loan Services)* and Certificate of Service. filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 5/13/2009 (McGrew, J.). (Entered: 05/11/2009) |
| 05/08/2009 | 🔾 70 | Proof of Service *(re Order, RS #PD-1)* filed by Christopher M. McDermott on behalf of Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns. (related documents 65 Order re: Motion for Relief from Stay) (McDermott, Christopher). Modified on 5/13/2009 (McGrew, J.). (Entered: 05/08/2009) |
| 04/23/2009 | 🔾 69 | Declaration *of Steven Houbeck* filed by Steven R. Houbeck on behalf of Donald R Soucy. (Attachments: # 1 Proof of Service) (Houbeck, Steven). Modified on 4/30/2009 (McGrew, J.). (Entered: 04/23/2009) |
| | | Certificate of Mailing on ORDER: I hereby certify that a copy of |

EXHIBIT 7

| Date | Doc # | Description |
|------|-------|-------------|
| 04/15/2009 | ○ 68 | the Order was mailed this date to the Attorney for Movant (Shakibi), Trustee, Debtor, and Attorney for Debtor (Houbeck), at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 67 Order re: Motion for Relief from Stay, RS #RCO-1) (McGrew, J.) (Entered: 04/15/2009) |
| 04/15/2009 | ○ 67 | Order GRANTING Noncontested Motion for Relief from Stay (Real Property) (RS #RCO-1 by Countrywide Home Loans Servicing, LP) (Related Doc # 62 ) signed on 4/15/2009. (McGrew, J.) (Entered: 04/15/2009) |
| 04/02/2009 | ○ 66 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Attorney for Movant (McDermott), Trustee, Debtor, and Attorney for Debtor (Houbeck), at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 65 Order re: Motion for Relief from Stay, RS #PD-1) (McGrew, J.) (Entered: 04/02/2009) |
| 04/02/2009 | ○ 65 | Order GRANTING Noncontested Motion for Relief from Stay (Real Property) (RS #PD-1 by Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns) (Related Doc # 57 ) signed on 4/2/2009. (McGrew, J.) (Entered: 04/02/2009) |
| 03/24/2009 | 64 | Receipt of Motion for Relief from Stay(08-04626-LT13) [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt number 4095194. (U.S. Treasury) (Entered: 03/24/2009) |
| 03/24/2009 | ○ 63 | Notice of Filing of a Motion for Relief from Automatic Stay RS # RCO-1 filed by Kathy Shakibi on behalf of Countrywide Home Loans Servicing, LP. Notice of Filing of Motion for Relief from Stay Served On: 3/24/2009. Request for Hearing & Opposition due by: 04/7/2009 (related documents 62 Motion for Relief from Stay) (Shakibi, Kathy) (Entered: 03/24/2009) |
| 03/24/2009 | ○ 62 | Motion for Relief from Stay, RS #RCO-1 *(Real Property: 4538 Hearts Desire Ave, Las Vegas NV 89115)*. Fee Amount $150. filed by Kathy Shakibi on behalf of Countrywide Home Loans Servicing, LP (Attachments: # 1 Declaration in Support; # 2 Exhibit A; # 3 Exhibit B; # 4 Exhibit C; # 5 Exhibit D; # 6 Exhibit E; # 7 Exhibit F) (Shakibi, Kathy). Modified on 3/25/2009 (McGrew, J.). (Entered: 03/24/2009) |
| | | Receipt of Motion for Relief from Stay(08-04626-LT13) [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt |

| 03/14/2009 | 61 | number 4074955. (U.S. Treasury) (Entered: 03/14/2009) |
|---|---|---|
| 03/13/2009 | ❏ 60 | Request for Special Notice filed by Christopher M. McDermott on behalf of Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns. (McDermott, Christopher) (Entered: 03/13/2009) |
| 03/13/2009 | ❏ 59 | Declaration in Support *of Motion for Relief from Automatic Stay, RS #PD-1* filed by Christopher M. McDermott of Pite Duncan, LLP on behalf of Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns. (Attachments: # 1 Exhibit A - Note; # 2 Exhibit B - Deed of Trust; # 3 Exhibit C - Chapter 13 Plan; # 4 Exhibit D - Post Petition Payment History; # 5 Exhibit E - Schedules) (related documents 57 Motion for Relief from Stay, 58 Notice of filing of Motion for Relief from Stay) (McDermott, Christopher). Modified on 3/16/2009 (McGrew, J.). (Entered: 03/13/2009) |
| 03/13/2009 | ❏ 58 | Notice of Filing of a Motion for Relief from Automatic Stay RS # PD-1 filed by Christopher M. McDermott on behalf of Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns. Notice of Filing of Motion for Relief from Stay Served On: 3/13/2009. Request for Hearing & Opposition due by: 03/27/2009 (related documents 57 Motion for Relief from Stay) (McDermott, Christopher) (Entered: 03/13/2009) |
| 03/13/2009 | ❏ 57 | Motion for Relief from Stay, RS #PD-1 *(Real Property: 4538 Hearts Desire Avenue, Las Vegas NV 89115).* Fee Amount $150. filed by Christopher M. McDermott on behalf of Aurora Loan Services LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee For AEGIS Wholesale Corporation, its successors and/or assigns (McDermott, Christopher). Modified on 3/16/2009 (McGrew, J.). (Entered: 03/13/2009) |
| 03/05/2009 | ❏ 56 | Court Certificate of Mailing - BNC (related documents 55 Assignment/Transfer of Claim) Service Date 03/07/2009. (Admin.) (Entered: 03/07/2009) |
| 03/03/2009 | ❏ 55 | Assignment/Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: Chase Bank USA NA (Claim No. 12) To eCAST Settlement Corporation Re: Court Claim # 12 filed by Alane A Becket on behalf of eCAST Settlement Corporation.(Becket, Alane) (Entered: 03/03/2009) |

| | | |
|---|---|---|
| 02/17/2009 | ❏ 54 | Request for Special Notice filed by Edward T. Weber on behalf of Countrywide Home Loans Servicing, LP. (Weber, Edward) (Entered: 02/17/2009) |
| 12/17/2008 | ❏ 53 | Court Certificate of Mailing - BNC (related documents 52 Assignment/Transfer of Claim, ) Service Date 12/19/2008. (Admin.) (Entered: 12/19/2008) |
| 12/16/2008 | ❏ 52 | Assignment/Transfer of Claim. Transfer Agreement 3001 (e) 2 Transferor: LVNV Funding LLC its successors and assigns as (Claim No. 3) To Portfolio Recovery Assocs., LLC Re: Court Claim # 3 filed by PRA Receivables Management, LLC (Portfolio Recovery Associates, ) (Entered: 12/16/2008) |
| 12/03/2008 | ❏ 51 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Movant, and if applicable, to the Trustee, the Debtor(s), and the Attorney for the Debtor(s), if any, at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 50 Order re: Motion for Relief from Stay) (Braxton, F.) (Entered: 12/04/2008) |
| 12/03/2008 | ❏ 50 | Order GRANTING Noncontested Motion for Relief from Stay (Real Property) (RS #RMP-2 by Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC) (Related Doc # 33 ) signed on 12/3/2008. (Braxton, F.). Modified on 1/29/2009 (McGrew, J.). (Entered: 12/04/2008) |
| 11/22/2008 | ❏ 49 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Court Claim #14 - Citimortgage Inc)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 1/29/2009 (McGrew, J.). (Entered: 11/22/2008) |
| 11/18/2008 | ❏ 48 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Court Claim #14 - CitiMortgage Inc)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 11/20/2008 (McGrew, J.). (Entered: 11/18/2008) |
| | | *Amended* Notice of Filing of a Motion for Relief from Automatic Stay RS # RMP-2 filed by Julia Szafraniec on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC. Notice of Filing of Motion for Relief from Stay Served On: 11/6/2008. Request for |

| | | |
|---|---|---|
| 11/06/2008 | ❏ 47 | Hearing & Opposition due by: 11/20/2008 (related documents 33 Motion for Relief from Stay,, 34 Notice of filing of Motion for Relief from Stay,, ) (Szafraniec, Julia) (Entered: 11/06/2008) |
| 10/17/2008 | ❏ 46 | Substitution of Attorney: Julia Szafraniec Substituted as Attorney for Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC; Involvement of Renee M. Parker Terminated. filed by Julia Szafraniec on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC. (Szafraniec, Julia). Modified on 10/20/2008 (McGrew, J.). (Entered: 10/17/2008) |
| 10/17/2008 | ❏ 45 | Substitution of Attorney: Julia Szafraniec Substituted as Attorney for Mortgage Electronic Registration Systems, Inc. as nominee for Winstar Mortgage Partners, Inc., its assignees and/or successors, and servicing agent Aurora Loan Services LLC; Involvement of Renee M. Parker Terminated. filed by Julia Szafraniec on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC. (Szafraniec, Julia). Modified on 10/20/2008 (McGrew, J.). (Entered: 10/17/2008) |
| 10/09/2008 | ❏ 44 | Court Certificate of Mailing - BNC (related documents 43 Notice of Claims Filed and Intention to Pay Claims) Service Date 10/11/2008. (Admin.) (Entered: 10/11/2008) |
| 10/09/2008 | ❏ 43 | Notice of Claims Filed and Intention to Pay Claims. (Skelton, David) (Entered: 10/09/2008) |
| 09/26/2008 | ❏ 42 | Notice of Intent to Reconsider and Reallow Proof of Claim and Certificate of Service. *(re Clm #C9/TR0003 - Aurora Loan Services LLC)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 9/29/2008 (McGrew, J.). (Entered: 09/26/2008) |
| 09/18/2008 | ❏ 41 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Trustee, Debtor, and Attorney for Debtor (Houbeck), at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 40 Application and Order Confirming Plan and Allowing Attorney Fees) (McGrew, J.) (Entered: 09/18/2008) |
| | | Order Confirming Plan and Allowing Attorney's Fees; |

| 09/18/2008 | ◯40 | Application for Confirmation of Plan (GRANTED) signed on 9/18/2008. (McGrew, J.) (Entered: 09/18/2008) |
|---|---|---|
| 09/12/2008 | ◯39 | Pre-Confirmation Modification to Chapter 13 Plan. *(Ch 13 Plan Modification dated 8/27/08)* filed by David L. Skelton 5 on behalf of David L. Skelton. (related document 2 Chapter 13 Plan) (Skelton 5, David). Modified on 9/17/2008 (McGrew, J.). (Entered: 09/12/2008) |
| 09/10/2008 | ◯38 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Attorney for Movant (Parker), Trustee, Debtor, and Attorney for Debtor (Houbeck), at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 37 Order re: Motion for Relief from Stay, RS #RMP-1) (McGrew, J.) (Entered: 09/10/2008) |
| 09/10/2008 | ◯37 | Order GRANTING Noncontested Motion for Relief from Stay (Real Property) (RS #RMP-1 by Mortgage Electronic Registration Systems, Inc. as nominee for Winstar Mortgage Partners, Inc., its assignees and/or successors, and servicing agent Aurora Loan Services LLC) (Related Doc # 24 ) signed on 9/10/2008. (McGrew, J.) (Entered: 09/10/2008) |
| 09/05/2008 | ◯36 | Notice Taking Matter Off Calendar *(re Trustee's Objection to Confirmation of Plan)*. Hearing Date and Time: 09/10/2008 at 11:00. Dept: 2 filed by David L. Skelton 5 on behalf of David L. Skelton. (related documents 14 Objection to Confirmation of Chapter 13 Plan (Skelton 5, David). Modified on 9/5/2008 (McGrew, J.). (Entered: 09/05/2008) |
| 09/04/2008 | 35 | Receipt of Motion for Relief from Stay (08-04626-LT13) [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt number 3510122. (U.S. Treasury) (Entered: 09/04/2008) |
| 09/04/2008 | ◯34 | Notice of Filing of a Motion for Relief from Automatic Stay RS #RMP-2 filed by Renee M. Parker on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC. Notice of Filing of Motion for Relief from Stay Served On: 9/3/2008. Request for Hearing & Opposition due by: 9/17/2008. (related documents 33 Motion for Relief from Stay) (Parker, Renee). *(\*COURT NOTE: Pg1/Atty signature date 9/4/08, Pg 2/Service Date 9/3/08 - Called Atty Parker/Left msg 9/9/08 re Amended Ntc requested)*. Modified on 9/9/2008, 9/22/2008 (McGrew, J.). (Entered: 09/04/2008) |

| 09/04/2008 | ◉ 33 | Motion for Relief from Stay, RS #RMP-2 *(Real Property: 5325 Franklin Grove St, North Las Vegas NV 89081).* Fee Amount $150 filed by Renee M. Parker on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Lehman Brothers Bank, FSB, its assignees and/or successors and the servicing agent Aurora Loan Services LLC (Attachments: # 1 Declaration in Support; # 2 Exhibit) (Parker, Renee). Modified on 9/5/2008 (McGrew, J.). (Entered: 09/04/2008) |
|---|---|---|
| 09/03/2008 | ◉ 32 | Declaration of Compliance; Local Rule 3015-6 filed by David L. Skelton 5 on behalf of David L. Skelton. (related documents 16 Objection to Confirmation of Chapter 13 Plan, 14 Objection to Confirmation of Chapter 13 Plan) (Skelton 5, David). Modified on 9/5/2008 (McGrew, J.). (Entered: 09/03/2008) |
| 08/29/2008 | ◉ 31 | Amended Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Clm #C9/TR0003 - Aurora Loan Services LLC)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 9/22/2008 (McGrew, J.). (Entered: 08/29/2008) |
| 08/27/2008 | ◉ 30 | **Minute Order. Hearing DATE: 08/27/2008, MATTER: TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN. DISPOSITION: See Attached PDF document for details.** (vCal Hearing ID (68414)). **HEARING Scheduled for 09/10/2008 at 11:00 AM at Courtroom 2, Room 118, Weinberger Courthouse** (related documents 14 Objection to Confirmation of Chapter 13 Plan) (Wilkinson, M.) (Entered: 08/27/2008) |
| 08/26/2008 | ◉ 29 | Amendment to *Schedule E* & Certificate of Service. filed by Steven R. Houbeck on behalf of Donald R Soucy. (Attachments: # 1 Amended Schedule E) (Houbeck, Steven). Modified on 9/22/2008 (McGrew, J.). (Entered: 08/26/2008) |
| 08/22/2008 | ◉ 28 | Declaration of Compliance; Local Rule 3015-6 (related documents 16 Objection to Confirmation of Chapter 13 Plan, 14 Objection to Confirmation of Chapter 13 Plan) filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 08/22/2008) |
| 08/20/2008 | ◉ 27 | Declaration of Compliance; Local Rule 3015-6 filed by David L. Skelton 5 on behalf of David L. Skelton. (related document 16 Objection to Confirmation of Chapter 13 Plan, 14 Objection to Confirmation of Chapter 13 Plan) (Skelton 5, David). Modified on 8/21/2008 (McGrew, J.). (Entered: 08/20/2008) |
|  |  | Receipt of Motion for Relief from Stay (08-04626-LT13) |

| 08/04/2008 | 26 | [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt number 3452944. (U.S. Treasury) (Entered: 08/04/2008) |
|---|---|---|
| 08/04/2008 | ○ 25 | Notice of Filing of a Motion for Relief from Automatic Stay RS # RMP-1 filed by Renee M. Parker on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Winstar Mortgage Partners, Inc., its assignees and/or successors, and servicing agent Aurora Loan Services LLC. Notice of Filing of Motion for Relief from Stay Served On: 8/4/2008. Request for Hearing & Opposition due by: 8/18/2008 (related documents 24 Motion for Relief from Stay, ) (Parker, Renee) (Entered: 08/04/2008) |
| 08/04/2008 | ○ 24 | Motion for Relief from Stay, RS #RMP-1 *(Real Property: 8963 Capcano Road, San Diego CA 92126).* Fee Amount \$150. filed by Renee M. Parker on behalf of Mortgage Electronic Registration Systems, Inc. as nominee for Winstar Mortgage Partners, Inc., its assignees and/or successors, and servicing agent Aurora Loan Services LLC (Attachments: # 1 Declaration of Kathy Jent; # 2 Exhibit) (Parker, Renee). Modified on 8/5/2008 (McGrew, J.). (Entered: 08/04/2008) |
| 07/23/2008 | ○ 23 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Clm #C6/TR0002 - Aurora Loan Services)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 7/23/2008 (McGrew, J.). (Entered: 07/23/2008) |
| 07/21/2008 | ○ 22 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Clm #C4/TR0003 - Aurora Loan Services LLC)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 7/22/2008 (McGrew, J.). (Entered: 07/21/2008) |
| 07/01/2008 | ○ 21 | Court Certificate of Mailing - BNC (related documents 17 Notice of Hearing on Objection to Confirmation of Chapter 13 Plan, ) Service Date 07/03/2008. (Admin.) (Entered: 07/03/2008) |
| 07/01/2008 | ○ 20 | Court Certificate of Mailing - BNC (related documents 16 Objection to Confirmation of Chapter 13 Plan) Service Date 07/03/2008. (Admin.) (Entered: 07/03/2008) |
| | | Amended Notice of Hearing on Objection to Confirmation of Chapter 13 Plan. Filed by David L. Skelton on behalf of David L. Skelton -- **HEARING Scheduled for 08/27/2008 at 10:00AM at Courtroom 4, Room 328 Jacob Weinberger U.S. Courthouse** (related document 16 Objectionto Confirmation of Chapter 13 Plan) (Skelton, David) (Entered: 07/01/2008). Modified on |

| 07/01/2008 | ❑ 17 | 7/2/2008 (McGrew, J.). (Entered: 07/01/2008) |
|---|---|---|
| 07/01/2008 | ❑ 16 | Amended Objection to Confirmation of Chapter 13 Plan. (related document 2 Chapter 13 Plan) filed by David L. Skelton on behalf of David L. Skelton (Skelton, David) (Entered: 07/01/2008). Modified on 7/2/2008 (McGrew, J.). (Entered: 07/01/2008) |
| 06/30/2008 | ❑ 19 | Court Certificate of Mailing - BNC (related documents 15 Notice of Hearing on Objection to Confirmation of Chapter 13 Plan, ) Service Date 07/02/2008. (Admin.) (Entered: 07/02/2008) |
| 06/30/2008 | ❑ 18 | Court Certificate of Mailing - BNC (related documents 14 Objection to Confirmation of Chapter 13 Plan) Service Date 07/02/2008. (Admin.) (Entered: 07/02/2008) |
| 06/30/2008 | ❑ 15 | Notice of Hearing on Objection to Confirmation of Chapter 13 Plan. Filed by David L. Skelton on behalf of David L. Skelton -- **HEARING Scheduled for 08/27/2008 at 10:00AM at Courtroom 4, Room 328 Jacob Weinberger U.S. Courthouse.** (related document 14 Objection to Confirmation of Chapter 13 Plan ) (Skelton, David) (Entered: 06/30/2008). Modified on 7/2/2008 (McGrew, J.). (Entered: 06/30/2008) |
| 06/30/2008 | ❑ 14 | Objection to Confirmation of Chapter 13 Plan. (related document 2 Chapter 13 Plan ) filed by David L. Skelton on behalf of David L. Skelton (Skelton, David) (Entered: 06/30/2008) (Entered: 06/30/2008) |
| 06/13/2008 | ❑ 13 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. *(Clm #C2/TR0001 - Aurora Loan Services)* filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David). Modified on 6/26/2008 (McGrew, J.). (Entered: 06/13/2008) |
| 06/11/2008 | ❑ 12 | Proof of Service *(re Proof of Claim #2 & Request for Special Notice)* (related documents 11 Request for Special Notice) filed by Josephine E. Piranio on behalf of Aurora Loan Services, LLC. (Piranio, Josephine). Modified on 6/12/2008 (McGrew, J.). (Entered: 06/11/2008) |
| 06/11/2008 | ❑ 11 | Request for Special Notice filed by Josephine E. Piranio on behalf of Aurora Loan Services, LLC. (Piranio, Josephine) (Entered: 06/11/2008) |
| 05/29/2008 | ❑ 10 | Court Certificate of Mailing - BNC (related documents 2 Chapter 13 Plan) Service Date 05/31/2008. (Admin.) (Entered: 05/31/2008) |

| 05/29/2008 | ❏ 9 | Court Certificate of Mailing - BNC (related documents 7 Meeting of Creditors, ) Service Date 05/31/2008. (Admin.) (Entered: 05/31/2008) |
|---|---|---|
| 05/28/2008 | ❏ 8 | Rights and Responsibilities of Chapter 13 Debtors and their Attorney filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 7 | Meeting of Creditors & Notice of Appointment of Interim Trustee David L. Skelton with **341(a) meeting to be held on 06/27/2008 at 03:00 PM at 402 W. Broadway, Sixth Floor, Suite 630 San Diego, CA 92101,.** Complaint to determine dischargeability of certain debts deadline: 08/26/2008. Proof of Claim due by 09/25/2008. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | 6 | Receipt of Chapter 13 Voluntary Petition(08-04626-13) [misc,1305u] ( 274.00) Filing Fee. Fee Amount 274.00 Receipt number 3322270. (U.S. Treasury) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 5 | Receipt of Statement of Social Security Number COURT NOTE: The PDF document is a secured image. filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 4 | Declaration Re: Electronic Filing filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 3 | Certificate of Credit Counseling for Debtor filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 2 | Chapter 13 Plan filed by Steven R. Houbeck on behalf of Donald R Soucy. (Houbeck, Steven) (Entered: 05/28/2008) |
| 05/28/2008 | ❏ 1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 274.00 filed by Steven R. Houbeck on behalf of Donald R Soucy. Declaration re: ECF due by 6/12/2008, (Houbeck, Steven) (Entered: 05/28/2008) |

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of California

In re:  **Donald R Soucy**

Debtor

Case No.

Chapter    **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 3,300 |
| Prior to the filing of this statement I have received | $ | 1,000 |
| Balance Due | $ | 2,300.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **5/28/2008**

/s/Steven R. Houbeck
Steven R. Houbeck, Esq., Bar No. 168018

Steven R. Houbeck, Esq.
Attorney for Debtor(s)

EXHIBIT 8

Steven R. Houbeck CSB#168018  Case 0'  526-LT13  .Filed 09/18/08   Doc 4'  ENTERED 9/18/08
P.O. Box 150
Cardiff, CA 92007
619-463-4357

                   FILED

                  SEP  1 8 2008

UNITED STATES BANKRUPTCY COURT
Southern District of California

                 CLERK, U.S. BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF CALIFORNIA
                BY       LOY  DEPUTY

Re:            )  CHAPTER 13

  DONALD  R.  SOUCY   )  Case No. 08 -04626 -713

            )
            )  APPLICATION FOR CONFIRMATION OF PLAN;
            )  ORDER CONFIRMING PLAN AND ALLOWING
        Debtor(s) )  ATTORNEY FEES

I  APPLICATION FOR CONFIRMATION AND DISCLOSURE OF COMPENSATION

  The undersigned attorney for Debtor(s) herein represents:

  1. The Section 341(a) meeting is concluded and the plan complies with Sections
    1322 and 1325(a). A Rights and Responsibilities document has been filed if
    fees are requested below.  If fees exceed guideline fees, a fee application
    must be filed and paragraph 2d below should state "fee application". RR# 8

  2. a. The agreed initial fee for attorney services:  $  3,300 &mdash;  ;

    b. Additional fees not part of initial fee:   $ _____ ;
     (Specify: _____ )

    c. Total fees received to date:      $  1,000 &mdash;  ;

    d. Total unpaid balance of guideline fees:  $  2,300 &mdash;  .

  3. Wherefore, the undersigned prays that the debtor(s) plan be confirmed and
    guideline attorney fees be allowed in the amount set forth.

  Dated: 5/28/08  Attorney for Debtor(s):

                 (Printed name and signature)

II  ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEY FEES

  Upon considering the foregoing application IT IS HEREBY ORDERED THAT:

  1. The debtor(s) plan dated  5/28/08  as amended by pre-confirmation
    modification(s) dated  8/27/08    is confirmed.

  2. The guideline attorney fees are allowed as requested, with the unpaid
    balance to be paid as provided in the plan; no further fees to be allowed
    for the same services.

  Dated:  September 18, 2008                                Bankruptcy Judge

**ORIGINAL**

            EXHIBIT 9

April 1, 2009

Donald R Soucy
11651 Wills Creek Road
San Diego, CA 92131

2009 APR -6  AM 8: 28

U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA. 92101

**From: Donald R Soucy**
**RE: Case # 0804626-Soucy**

Dear U.S. Trustee,

It has come to my attention looking at the bankruptcy website for my claim that, as shown on my report statement, item number 799 for $2300 paid to my attorney, Mr. Steve Houbeck #168018, on 11/2008 may be a duplicate payment and I would like clarification regarding this payment and the balance due him of $1000. I paid my attorney fees in advance of him taking my case in May of 2008.

Mr. Houbeck charged me a flat fee of $2,574.00 for his services and, as you can see on the enclosed documents, got paid his fee in the full amount he requested from me. I was never told nor was any inference made that additional monies would be paid to him out of my trustee payments the total of which represents 5½ payments to the trustee for my case. It is my hope that the additional payment and balance due are an error on the part of Mr. Houbeck and that you will be able to clarify that with the records that I have supplied to the court via this mailing.

Please, notify me about any decision made regarding this issue via mail at my address above or by phone at 858-653-6767.

Sincerely,

Donald R Soucy

EXHIBIT 10



**Donald R Soucy**
11651 Wills Creek Road
San Diego, CA 92131

0118

90-8157/3222

Date May 1, 08

Pay to the order of _Steven Houbeck_    $ 2,574⁰⁰

_Twenty Thousand Seventy four & ⁰⁰/₁₀₀_ Dollars

CALIFORNIA COAST CREDIT UNION

For _____

⠀⠀⠀⠀⠀0118

PAY TO THE ORDER OF
BANK OF AMERICA
SANTA S.C.C. CA 94137
FCE DEPOSIT ONLY
STEVEN R. HOUBECK
9626
DO NOT SIGN / WRITE / STAMP BELOW THIS LINE

Date:05-05-2008  Member Number:755519  Sequence/Trace #:•••5130  Amount:$2,574.00  Debit/Credit:D  Acct/MICR or TLR#:•••1909  XP Format SDC#:•••1909  Member Account:••••••••000  Transit/Routing:•••1578  Check Number:118  TranCode:0  Employee Account Flag:0  Institution ID:0  VISA Card Number:-



**U.S. Department of Justice**

**United States Trustee**
**Southern District of California**

*402 West Broadway, Suite 600     619-557-5013*
*San Diego, CA 92101-8511    FAX 619-557-5339*

April 9, 2009

**VIA EMAIL AND MAIL**
**Cicero68@aol.com**
Steven R. Houbeck
P.O. Box 150
Cardiff, CA 92007

> **Re:   Attorney Fee Discrepancy:  Godwin, 08-06198-LT13**
> **Soucy, 08-04626-LT13**

Dear Mr. Houbeck:

The United States Trustee's Office received letters from the debtors, Donald R. Soucy (Case No. 08-04626-LT13) and Silvia N. Godwin (Case No. 08-06198-LT13) regarding the discrepancy in the amount of attorney fees that were already paid to you.

Mr. Soucy explains in the letter that he paid you $2,574.00 for your services pre-petition. He enclosed a copy of the canceled check payable to you for the amount $2,574. The check is dated May 1, 2008, and the bank notation indicates that the check was cleared May 5, 2008. Thus, you appeared to have received $2,574 pre-petition since the case was commenced on May 28, 2008. However, the order confirming the plan discloses that you received a total of $1,000 in fees.

Ms. Godwin explains in the letter that she paid you $2,000 and $200 pre-petition. She enclosed a copy of two canceled checks payable to you: (1) One in the amount of $2,774, dated May 1, 2008, and bank notation indicating that it was cleared on May 5, 2008; and (2) second check in the amount of $200, dated January 6, 2008, and bank notation indicating that it was cleared on January 13, 2009. The debtor also explained that she believed there is another check for $250 that has been issued to you but did not attach a copy of that check. The order confirming the plan, however, indicates that you disclosed that you received $1,300 in fees prior to confirmation.

**Combined with the recent inconsistency uncovered in Hiltman, 08-06750, these discrepancies are serious matters.     The Office of the United States Trustee demands immediate action and explanation to be made to the court.**

EXHIBIT 11

Steven R. Houbeck
Page 2
April 9, 2009


        Fraudulent misrepresentation to the court is unacceptable and can be sanctionable pursuant
to FRBP 9011. Immediately file a declaration with the court in both (1) Soucy 08-04626-LT13 and
(2) Godwin 08-06198-LT13 cases addressing: (a) explanation for inconsistent disclosures in these
cases; (b) steps taken to refund the clients the amounts in excess of $3,300 in total fees for each case;
and (c) supporting documents such as receipt and/or declaration from the debtors that they received
the fees that were paid in excess. These steps should be taken by **April 17, 2009.**

        In addition to the above actions, please forward a list of cases in which you have filed
bankruptcy cases since May 2008. The list should include the following information: (1) the amount
of fees you have actually received from each debtor; (2) a copy of the retainer agreement for each
case that indicates what the clients understood the fees to be; (3) your books and records, including
bank statements, client trust account statements, accounting records, that show accounting of fees
you received from the debtors that correspond to the disclosure of fees you made with the court.
Please provide this list by **April 24, 2009.**

        **If you do not take these actions immediately, the Office of the United States Trustee
may take other appropriate actions.**

                                        Sincerely,

                                        /s/ Haeji Hong

                                        Haeji Hong,
                                        Trial Attorney for the Acting United States Trustee


cc:     Tiffany L. Carroll, Acting United States Trustee
        David L. Skelton, Chapter 13 Trustee
        Thomas Billingslea, Chapter 13 Trustee

Steven R. Houbeck, Esq. #168018
Attorney at Law
P.O. Box 150
Cardiff, CA 92007
619-463-4357

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

In re:
    DONALD SOUCEY

    SILVIA N. GODWIN

Case # 08-04626-T13

Case # 08-06198-T13

DECLARATION OF
STEVEN HOUBECK

Date:
Time:
Dept:

I, Steven Houbeck, the attorney in the above entitled cases, declare:

1. Mr. Soucey and Ms. Godwin presented themselves together to the undersigned sometime in April 2008 to discuss some joint legal issues they were having.

2. It has come to my attention from Ms. Haeji Hong of the UST that the debtors have questions concerning the attorney fees and monies held in trust. I have tried to engage in meaningful communication with my clients regarding their concerns to no avail. Mr. Soucey claims that someone from Mr. Skelton's office told them not to speak with me and will not meet with me in person to discuss the situation. Ms. Godwin refuses to respond to numerous phone calls and emails I have sent her. Both refuse to cooperate or provide any meaningful communication to me for their case.

3. I indicated this to Ms. Hong and requested a copy of the correspondence Debtors sent to the UST so I would know what the problem was. Ms. Hong indicated in an email that I would have to make a formal request under the Freedom of Information Act. I am not sure how to do that and I believe it would take a very long time.

EXHIBIT 12

1    4. According to my accounting, Mr. Soucey paid pre-petition $2574.00. Of that, $274

2  covered the filing fee; $55 for the credit check; and $1245 placed in trust as adequate protection

3  payments pursuant to Bankruptcy Code section 523(a)(16) and In re Lenz 90 BR 458; 110 BR

4  523. Those funds remain in trust.

5    5. According to my accounting, Ms. Godwin paid pre-petition $2774.00. Of that, $274

6  covered the filing fee; $55 for the credit check; and $1145 placed in trust as adequate protection

7  payments pursuant to Bankruptcy Code section 523(a)(16) and In re Lenz 90 BR 458; 110 BR

8  523. Those funds remain in trust. $250 was paid by the trustee for a claim objection.

9    6. I believe the confusion lies with the funds held in trust. Those funds have been

10  returned to the debtors with admonishments as to the consequences of the release. Without the

11  debtors cooperation and communication, I am concerned that their failings will result in dire

12  consequences in the future of which I cannot discuss due to attorney client priviledge.

13

14

15  UNDER PENALTY OF PERJURY, I DECLARE THE FOREGOING TO BE TRUE AND CORRECT TO THE
16  BEST OF MY KNOWLEDGE AND BELIEF.

17

18

19  DATED:04-23-09                                    /s/Steven R. Houbeck
                                                     STEVEN R. HOUBECK
20                                                   ATTORNEY FOR DEBTOR(S)

21

22

23

24

25

26

27

28

- 2 -

**DebtEd**

## U.S. Bankruptcy Court
## Southern District of California (San Diego)
## Bankruptcy Petition #: 08-06198-LT13

*Date filed:* 07/03/2008

*Assigned to:* Judge Laura S. Taylor
Chapter 13
Voluntary
Asset

*Debtor*
**Silvia N. Godwin**
11651 Wills Creek Road
San Diego, CA 92131
SSN / ITIN: xxx-xx-7818
*aka*
**Silvia N. Mirochnik**
*aka*
**Silvia Soucy**
*aka*
**Silvia Godwin-Soucy**

represented by **Steven R. Houbeck**
PO Box 150
Cardiff, CA 92007
619-463-4357
Email: Cicero68@AOL.com

*Trustee*
**David L. Skelton**
525 B St., Suite 1430
San Diego, CA 92101-4507
619-338-4006

| Filing Date | # | Docket Text |
|---|---|---|
| 05/27/2009 | 🔵 47 | Certification of Eligibility for Discharge. Pursuant to 11 U.S.C. Sec. 1328(a) the debtor(s) certifies there is no judicial or administrative order or statute that requires Debtor to pay a domestic support obligation. with service filed by Silvia N. Godwin. (Bobis, T.) (Entered: 05/28/2009) |
| 05/14/2009 | 🔵 46 | Court Certificate of Mailing re Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management- BNC (related documents 41 Notice of Requirement to file Financial Management Course Certificate) Service Date 05/16/2009. (Admin.) (Entered: 05/16/2009) |
| 05/14/2009 | 🔵 41 | Notice of Requirement to file Financial Management Course Certificate. (Admin) (Entered: 05/14/2009) |

EXHIBIT 13

| | | |
|---|---|---|
| 05/13/2009 | ❏45 | Court Notice Served On: 05/15/2009. Opposition due by: 06/15/2009. (related document 43 Notice of Chapter 13 Trustee's Interim Final Report) (Admin) (Entered: 05/16/2009) |
| 05/13/2009 | ❏44 | Court Notice Served On: 05/15/2009. Opposition due by: 06/01/2009. (related document 42 Notice of Chapter 13 Trustee's Interim Final Report) (Admin) (Entered: 05/16/2009) |
| 05/13/2009 | ❏43 | Court Certificate of Mailing- BNC (related documents 40 Notice of Chapter 13 Trustee's Interim Final Report) Service Date 05/15/2009. (Admin.) (Entered: 05/15/2009) |
| 05/13/2009 | ❏42 | Court Certificate of Mailing on Certification of Eligibility for Discharge (DSO)- BNC (related documents 40 Notice of Chapter 13 Trustee's Interim Final Report) Service Date 05/15/2009. (Admin.) (Entered: 05/15/2009) |
| 05/13/2009 | ❏40 | Notice of Chapter 13 Trustee's Interim Final Report and Time to File Objections and Release from Liability of Trustee . (Skelton 4, David) (Entered: 05/13/2009) |
| 05/11/2009 | ❏39 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Movant, and if applicable, to the Trustee, the Debtor(s), and the Attorney for the Debtor(s), if any, at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 38 Order re: Motion for Relief from Stay) (Bobis, T.) (Entered: 05/11/2009) |
| 05/11/2009 | ❏38 | Order Granting Motion for Relief from Stay MBL-1 (Related Doc # 32 ) signed on 5/11/2009. (Bobis, T.) (Entered: 05/11/2009) |
| 04/23/2009 | ❏37 | *Steven Houbeck* Declaration filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Attachments: # 1 Proof of Service) (Houbeck, Steven) (Entered: 04/23/2009) |
| 03/06/2009 | ❏36 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Movant, and if applicable, to the Trustee, the Debtor(s), and the Attorney for the Debtor(s), if any, at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (Bobis, T.) (Entered: 03/09/2009) |
| 03/06/2009 | ❏35 | Order Granting Objection to Claim (related documents 31 Objection to Claim and Notice Thereof) signed on 3/6/2009. (Bobis, T.) (Entered: 03/09/2009) |
| | | |

| 03/05/2009 | 34 | Receipt of Motion for Relief from Stay(08-06198-LT13) [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt number 3874893. (U.S. Treasury) (Entered: 03/05/2009) |
|---|---|---|
| 03/05/2009 | ❏33 | Notice of Filing of a Motion for Relief from Automatic Stay RS # MBL-1 filed by Matthew B. Learned on behalf of Winstar Mortgage Partners, Inc., its assignees and/or successors, and the servicing agent Aurora Loan Services, LLC. Notice of Filing of Motion for Relief from Stay Served On: 3/5/2009. Request for Hearing & Opposition due by: 3/19/2009 (related documents 32 Motion for Relief from Stay, ) (Learned, Matthew) (Entered: 03/05/2009) |
| 03/05/2009 | ❏32 | Motion for Relief from Stay, RS # MBL-1 Fee Amount $ 150 filed by Matthew B. Learned on behalf of Winstar Mortgage Partners, Inc., its assignees and/or successors, and the servicing agent Aurora Loan Services, LLC (Attachments: # 1 Declaration # 2 Exhibit) (Learned, Matthew) (Entered: 03/05/2009) |
| 01/12/2009 | ❏31 | Objection to Claim and Notice Thereof. Re: Claim # 3, Claimant: Roundup Funding LLC. Objection to Claim and Notice Thereof Served On: 1/12/2009. Unless an Order Shortening Time has been entered, Request for Hearing & Opposition due by: 2/17/2009 filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Attachments: # 1 Exhibit)(Houbeck, Steven) (Entered: 01/12/2009) |
| 01/06/2009 | ❏30 | Court Certificate of Mailing - BNC (related documents 29 Notice of Claims Filed and Intention to Pay Claims) Service Date 01/08/2009. (Admin.) (Entered: 01/08/2009) |
| 01/06/2009 | ❏29 | Notice of Claims Filed and Intention to Pay Claims with Certificate of Service. (Skelton 5, David) (Entered: 01/06/2009) |
| 12/15/2008 | ❏28 | Notice of Claims Filed and Intention to Pay Claims with Certificate of Service. (Skelton 5, David) (Entered: 12/15/2008) |
| 09/25/2008 | ❏27 | Proof of Service (related documents 25 Order re: Motion for Relief from Stay) filed by Christopher M. McDermott on behalf of America's Servicing Company, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, its successors and/or assigns. (McDermott, Christopher) (Entered: 09/25/2008) |
| | | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Movant, and if applicable, to the Trustee, the Debtor(s), and the Attorney for the Debtor(s), if any, at their respective addresses as the same appear in the |

| 09/12/2008 | ❏ 26 | records of this case. Barry K. Lander, Clerk (related documents 25 Order re: Motion for Relief from Stay) (Bobis, T.) (Entered: 09/15/2008) |
|---|---|---|
| 09/12/2008 | ❏ 25 | Order Granting Motion for Relief from Stay PD-1 (Related Doc # 21 ) signed on 9/12/2008. (Bobis, T.) (Entered: 09/15/2008) |
| 08/27/2008 | 24 | Receipt of Motion for Relief from Stay (08-06198-LT13) [motion,185] ( 150.00) Filing Fee. Fee Amount 150.00 Receipt number 3497626. (U.S. Treasury) (Entered: 08/27/2008) |
| 08/27/2008 | ❏ 23 | Declaration in Support *of Motion for Relief from Automatic Stay* (related documents 21 Motion for Relief from Stay,, 22 Notice of filing of Motion for Relief from Stay,, ) filed by Anne L. Warner of Pite Duncan, LLP on behalf of America's Servicing Company, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, its successors and/or assigns. (Attachments: # 1 Exhibit A - Deed of Trust# 2 Exhibit B - Assignment# 3 Exhibit C - Payment History# 4 Exhibit D - Chapter 13 Plan# 5 Exhibit E - Schedules) (Warner, Anne) (Entered: 08/27/2008) |
| 08/27/2008 | ❏ 22 | Notice of Filing of a Motion for Relief from Automatic Stay RS # PD-1 filed by Anne L. Warner on behalf of America's Servicing Company, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, its successors and/or assigns. Notice of Filing of Motion for Relief from Stay Served On: 8/27/2008. Request for Hearing & Opposition due by: 9/10/2008 (related documents 21 Motion for Relief from Stay, ) (Warner, Anne) (Entered: 08/27/2008) |
| 08/27/2008 | ❏ 21 | Motion for Relief from Stay, RS # PD-1 Fee Amount $ 150 filed by Anne L. Warner on behalf of America's Servicing Company, as servicing agent for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3, its successors and/or assigns (Warner, Anne) (Entered: 08/27/2008) |
| 08/22/2008 | ❏ 20 | Certificate of Mailing on ORDER: I hereby certify that a copy of the Order was mailed this date to the Movant, and if applicable, to the Trustee, the Debtor(s), and the Attorney for the Debtor(s), if any, at their respective addresses as the same appear in the records of this case. Barry K. Lander, Clerk (related documents 19 Application and Order Confirming Plan and Allowing Attorney Fees) (Bobis, T.) (Entered: 08/22/2008) |
|  |  | Order Granting Confirmation of Plan and Allowing Attorney's |

| | | |
|---|---|---|
| 08/22/2008 | 🔾 19 | Fees; Application for Confirmation of Plan; signed on 8/22/2008. (Bobis, T.) (Entered: 08/22/2008) |
| 08/17/2008 | 🔾 18 | Request for Special Notice Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 filed by Recovery Management Systems Corporation (Singh, Ramesh) (Entered: 08/17/2008) |
| 08/14/2008 | 🔾 17 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David) (Entered: 08/14/2008) |
| 08/13/2008 | 🔾 16 | Stipulation Extending Time To Object To Debtor's Exemptions And Valuations; Signed On 8/13/2008. (Robinson, G.) (Entered: 08/14/2008) |
| 08/13/2008 | 🔾 15 | Request for Special Notice *with Proof of Service* filed by William G. Malcolm on behalf of Malcolm & Cisneros Chase Home Finance. (Malcolm, William) (Entered: 08/13/2008) |
| 08/11/2008 | 🔾 14 | Pre Confirmation Modification to Chapter 13 Plan. filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David) (Entered: 08/11/2008) |
| 08/05/2008 | 🔾 13 | Notice of Classification of Claim and Right To Request a Hearing with Certificate of Mailing. filed by David L. Skelton 5 on behalf of David L. Skelton. (Skelton 5, David) (Entered: 08/05/2008) |
| 08/01/2008 | 🔾 12 | Request for Special Notice filed by Alan Steven Wolf on behalf of Navy Federal Credit Union. (Wolf, Alan) (Entered: 08/01/2008) |
| 07/18/2008 | 🔾 11 | Request for Special Notice . (Warner, Anne) (Entered: 07/18/2008) |
| 07/07/2008 | 🔾 10 | Court Certificate of Mailing - BNC (related documents 2 Chapter 13 Plan) Service Date 07/09/2008. (Admin.) (Entered: 07/09/2008) |
| 07/07/2008 | 🔾 9 | Court Certificate of Mailing - BNC (related documents 7 Meeting of Creditors, ) Service Date 07/09/2008. (Admin.) (Entered: 07/09/2008) |
| 07/03/2008 | 🔾 8 | Rights and Responsibilities of Chapter 13 Debtors and their Attorney filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Houbeck, Steven) (Entered: 07/03/2008) |
| | | |

| 07/03/2008 | ●7 | Meeting of Creditors & Notice of Appointment of Interim Trustee David L. Skelton with **341(a) meeting to be held on 08/08/2008 at 02:00 PM at 402 W. Broadway, Sixth Floor, Suite 630 San Diego, CA 92101,**. Complaint to determine dischargeability of certain debts deadline: 10/07/2008. Proof of Claim due by 11/06/2008. (Houbeck, Steven) (Entered: 07/03/2008) |
|---|---|---|
| 07/03/2008 | 6 | Receipt of Chapter 13 Voluntary Petition(08-06198-13) [misc,1305u] ( 274.00) Filing Fee. Fee Amount 274.00 Receipt number 3396633. (U.S. Treasury) (Entered: 07/03/2008) |
| 07/03/2008 | ●5 | Receipt of Statement of Social Security Number COURT NOTE: The PDF document is a secured image. filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Houbeck, Steven) (Entered: 07/03/2008) |
| 07/03/2008 | ●4 | Declaration Re: Electronic Filing filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Houbeck, Steven) (Entered: 07/03/2008) |
| 07/03/2008 | ●3 | Certificate of Credit Counseling for Debtor filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Houbeck, Steven) (Entered: 07/03/2008) |
| 07/03/2008 | ●2 | Chapter 13 Plan filed by Steven R. Houbeck on behalf of Silvia N. Godwin. (Houbeck, Steven) (Entered: 07/03/2008) |
| 07/03/2008 | ●1 | Chapter 13 Voluntary Petition, Schedules A-J & Statement of Financial Affairs Fee Amount $ 274.00 filed by Steven R. Houbeck on behalf of Silvia N. Godwin. Declaration re: ECF due by 7/18/2008, (Houbeck, Steven) (Entered: 07/03/2008) |

B 203
(12/94)

## UNITED STATES BANKRUPTCY COURT
### Southern District of California

In re: **Silvia N. Godwin**                                                     Case No. _____

                                                                                 Chapter    **13**    _____

                                         Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                      $         **3,300**

    Prior to the filing of this statement I have received                            $         **1,300**

    Balance Due                                                                      $       **2,000.00**

2. The source of compensation paid to me was:

    ☑  Debtor                        ☐  Other (specify)

3. The source of compensation to be paid to me is:

    ☑  Debtor                        ☐  Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a)  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b)  Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

    c)  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d)  [Other provisions as needed]
        **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

    **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **7/3/2008**

_____
**Steven R. Houbeck, Bar No. 168018**

**Steven R. Houbeck, Esq.**
Attorney for Debtor(s)

---

EXHIBIT 14

Steven R. Houbeck CSB#168018
P.O. Box 150
Cardiff, CA 92007
619-463-4357

ENTERED  AUG 22 2008

FILED

AUG 22 2008

CLERK U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
Southern District of California

Re:                                    )    CHAPTER 13
                                       )    Case No.  08-06198-T13
SILVIA N. GODWIN                       )
                                       )    APPLICATION FOR CONFIRMATION OF PLAN;
                                       )    ORDER CONFIRMING PLAN AND ALLOWING
                    Debtor(s) )             ATTORNEY FEES

I    APPLICATION FOR CONFIRMATION AND DISCLOSURE OF COMPENSATION

     The undersigned attorney for Debtor(s) herein represents:

     1.  The Section 341(a) meeting is concluded and the plan complies with Sections
         1322 and 1325(a).  A Rights and Responsibilities document has been filed if
         fees are requested below.  If fees exceed guideline fees, a fee application
         must be filed and paragraph 2d below should state "fee application".  RR # 8

     2.  a. The agreed initial fee for attorney services:     $  3,300 —      ;

         b. Additional fees not part of initial fee:          $             ;
            (Specify: _____ )

         c. Total fees received to date:                      $  1,300 —     ;

         d. Total unpaid balance of guideline fees:           $  2,000 —     .

     3.  Wherefore, the undersigned prays that the debtor(s) plan be confirmed and
         guideline attorney fees be allowed in the amount set forth.

     Dated: 7-3-08       Attorney for Debtor(s): _____
                                                  (Printed name and signature)

II   ORDER CONFIRMING DEBTOR(S) PLAN AND ALLOWING ATTORNEY FEES

     Upon considering the foregoing application IT IS HEREBY ORDERED THAT:

     1.  The .debtor(s) plan dated 7/3/08,  as amended by pre-confirmation
         modification(s) dated        8/8/08         is confirmed.

     2.  The guideline attorney fees are allowed as requested, with the unpaid
         balance to be paid as provided in the plan; no further fees to be allowed
         for the same services.

     Dated: August 22, 2008       _____
                                  Bankruptcy Judge

                                                              C REP

EXHIBIT 15

08-06198-LT13

San Diego, March 25, 2009

U.S. Trustee
402 West Broadway, Suite 600
San Diego, CA. 92101

Dear U.S. Trustee,
It came to my attention a couple of claims shown on my report statement that are inaccurate: one
is claim number 799 of $2000 paid to my attorney, Mr. Steve Houbeck. I believe there is
another one for $250 also issued to my attorney.
As you can see on the enclosed documents, Mr. Houbeck got paid his fees in the full amount he
requested from me. The initial amount of $2774 was the upfront payment of his fees and any
other costs involved. The second amount of $200 was his fees for disputing a charge.
I hope this helps clarify that what Mr. Houbeck filed with the court is incorrect.
Please, notify me about any decision made regarding this issue. My phone number is: 858-653-
6767, and my address is: 11651 Wills Creek Rd. San Diego, CA 92131.

Sincerely,

Silvia Godwin

2009 MAR 27  PM 12: 44

EXHIBIT 16



Silvia N. Godwin-Soucy
858-653-6767
11651 Wills Creek Rd.
San Diego, CA 92131

90-8157-3222

4300

5/01 so 08

Pay to the order of  Steven Houbeck                    | $ 2,774 00

— Twenty seven hundred seventy four Dollars

CALIFORNIA COAST CREDIT UNION
P.O. Box 502080
San Diego, CA 92150-2080
(858) 495-1600

@Follow Your Heart

4300

ate:05/05/2008 Member Number: 760 Sequence/Trace #: 140 Amount:$2,774.00 Debit/Credit:D Acct/MICR or
LR#: 6008 XP Format SDC#: 6008 Member Account Transit/Routing 1578 Check Number:4300

PAY TO THE ORDER OF
BANK OF AMERICA
SAN FRANCISCO. CA 94137
358
FOR DEPOSIT ONLY
STEVEN R. HOUBECK
9626



Silvia Godwin-Soucy
11651 Wills Creek Rd
San Diego, CA 92131
858-653-6767

4367
90-8187/3222

1/06/08    DATE

Pay to the ORDER OF  Steve Houbeck                          $200 00

— Two hundred —                                    DOLLARS

CALIFORNIA COAST CREDIT UNION
P.O. BOX 502080
858-495-1600
SAN DIEGO, CA 92150

925246010  01-13-09  1513

FOR _____

⑈ 4367    ⑈000002 0000⑈

PROC. CTR — EL SEGUNDO CA
BANK OF AMERICA 246010 2738 1513 00 60 0038
01/14/09
1573

WAMU BK  CA
>322271627<
01-13-09
6010

465

Close | Print

https://ccol.calcoastcu.org/servlet/MetavanteDraftImages.class          3/24/2009

Case 08-06198-LT13    Filed 04/23/09    Doc 37    Pg. 1 of 2

1

2   Steven R. Houbeck, Esq. #168018
Attorney at Law

3   P.O. Box 150
Cardiff, CA 92007

4   619-463-4357

Attorney for Debtor

5

6

7   **UNITED STATES BANKRUPTCY COURT**

8   **SOUTHERN DISTRICT OF CALIFORNIA**

9

In re:

10     DONALD SOUCEY              Case # 08-04626-T13

11     SILVIA N. GODWIN         Case # 08-06198-T13

12                              DECLARATION OF
                                STEVEN HOUBECK

13

14                              Date:
                                Time:

15                              Dept:

16     I, Steven Houbeck, the attorney in the above entitled cases, declare:

17     1. Mr. Soucey and Ms. Godwin presented themselves together to the undersigned

18  sometime in April 2008 to discuss some joint legal issues they were having.

19     2. It has come to my attention from Ms. Haeji Hong of the UST that the debtors have

20  questions concerning the attorney fees and monies held in trust.  I have tried to engage in

21  meaningful communication with my clients regarding their concerns to no avail. Mr. Soucey

22  claims that someone from Mr. Skelton's office told them not to speak with me and will not meet

23  with me in person to discuss the situation. Ms. Godwin refuses to respond to numerous phone

24  calls and emails I have sent her.  Both refuse to cooperate or provide any meaningful

25  communication to me for their case.

26     3. I indicated this to Ms. Hong and requested a copy of the correspondence Debtors sent

27  to the UST so I would know what the problem was. Ms. Hong indicated in an email that I would

28  have to make a formal request under the Freedom of Information Act. I am not sure how to do

that and I believe it would take a very long time.

EXHIBIT 17

1    4. According to my accounting, Mr. Soucey paid pre-petition $2574.00. Of that, $274

2    covered the filing fee; $55 for the credit check; and $1245 placed in trust as adequate protection

3    payments pursuant to Bankruptcy Code section 523(a)(16) and In re Lenz 90 BR 458; 110 BR

4    523. Those funds remain in trust.

5    5. According to my accounting, Ms. Godwin paid pre-petition $2774.00. Of that, $274

6    covered the filing fee; $55 for the credit check; and $1145 placed in trust as adequate protection

7    payments pursuant to Bankruptcy Code section 523(a)(16) and In re Lenz 90 BR 458; 110 BR

8    523. Those funds remain in trust. $250 was paid by the trustee for a claim objection.

9    6. I believe the confusion lies with the funds held in trust. Those funds have been

10   returned to the debtors with admonishments as to the consequences of the release. Without the

11   debtors cooperation and communication, I am concerned that their failings will result in dire

12   consequences in the future of which I cannot discuss due to attorney client priviledge.

13

14

15   UNDER PENALTY OF PERJURY, I DECLARE THE FOREGOING TO BE TRUE AND CORRECT TO THE
16   BEST OF MY KNOWLEDGE AND BELIEF.

17

18

19   DATED:04-23-09                          /s/Steven R. Houbeck
                                             STEVEN R. HOUBECK
20                                           ATTORNEY FOR DEBTOR(S)

21

22

23

24

25

26

27

28

- 2 -