```
HAEJI HONG, ATTORNEY NO. 198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

ATTORNEY FOR
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
```

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re:<br><br>DONALD R. SOUCY,<br><br>            Debtor. | Case No. 08-04626-LT13<br><br>EX PARTE MOTION FOR ORDER AUTHORIZING EXAMINATIONS UNDER F.R.B.P. 2004, AND REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>Date: Ex Parte<br>Time: Ex Parte<br>Dept: Three (3)<br>Hon: Laura S. Taylor |

COMES NOW, the Acting United States Trustee ("U.S. Trustee") and moves ex-parte, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("FRBP") and Local Bankruptcy Rules 2004-1 and 9013-6(1)(G), for an Order requiring **Donald R. Soucy** ("Debtor") to appear for examination and to produce those documents described in Exhibit "A" attached hereto.

/ / /

/ / /

/ / /

1 | This Ex-Parte Motion is based on the accompanying
2 | Memorandum of Points and Authorities and all documents on file
3 | in this case.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: August 25, 2009        /s/Haeji Hong
                              Haeji Hong,
                              Attorney to the Acting United
                              States Trustee

**MEMORANDUM OF POINTS AND AUTHORITIES**

1.  INTRODUCTION

The Debtor filed the petition, schedules, and statement of affairs for this case on May 28, 2008 ("Petition Date"). Debtor is represented by counsel Steven R. Houbeck ("Houbeck"). The Acting United States Trustee ("United States Trustee") would like to question the Debtor regarding fees paid to Houbeck for services relating to this case. The Acting United States Trustee would also like to examine various documents to support the information that was filed in the Debtor's bankruptcy concerning fees charged and paid.

Based on the foregoing, the U.S. Trustee respectfully requests that this Court issue an Order under FRBP 2004 requiring the production of documents described more fully in Exhibit "A" attached hereto and incorporated herein by this reference to the Office of the United States Trustee **no later than Wednesday, September 30, 2009.** In addition, the U.S. Trustee requests an Order requiring the Debtor **to appear for examination** in accordance with FRBP 9016 and Local Bankruptcy Rule 2004-1 **at the U.S. Trustee's office at 402 West Broadway, Suite 600, San Diego, California 92101 on October 6, 2009 at 3:00 p.m.**

2.  THE U.S. TRUSTEE'S REQUEST SHOULD BE GRANTED UNDER BANKRUPTCY RULE 2004.

Pursuant to 11 U.S.C. §307, the U.S. Trustee has standing to bring this ex-parte motion. Federal Rule of Bankruptcy Procedure 2004(b) provides that the scope of examination must relate to "acts, conduct, or property or to the liabilities and

financial condition of the debtor, **or to any matter which may affect the administration of the debtor's estate**, or to the debtor's right to a discharge." Fed. R. Bankr. P. 2004(b) (emphasis added). The production of documents by, and examination of, the Debtor is necessary to enable the U.S. Trustee to supervise the administration of this estate. See 28 U.S.C. §§ 586(a)(3) and (a)(5). The U.S. Trustee further believes grounds for action under 11 U.S.C. § 329 may be proper.

Federal Rule of Bankruptcy Procedure 2004(c) provides that "The attendance of an entity for examination and for the production of documents, ... may be compelled as provided in Rule 9016 for the attendance of a witness at a hearing or trial." Fed. R. Bankr. P. 2004(c). Federal Rule of Bankruptcy Procedure 9016 provides that Rule 45 of the <u>Federal Rules of Civil Procedure</u> ("FRCP") applies in bankruptcy cases. Federal Rule of Civil Procedure 45(d)(2) provides that a subpoenaed person "may be required to attend at any place within 100 miles from the place where that person resides, is employed or transacts business in person, or is served, or at such other convenient place as is fixed by an order of Court".

The U.S. Trustee proposes that the Debtor produce the documents described in Exhibit "A" at the U.S. Trustee's office at 402 West Broadway, Suite 600, San Diego, California 92101. According to the Debtor's petition, the Debtor resides at an address in San Diego, California, which address is within the 100 mile limit. Therefore, under FRCP 45, the Debtor may be compelled to produce the documents at the U.S. Trustee's office.

/ / /

4

WHEREFORE the U.S. Trustee prays that Orders be entered under FRBP 2004 authorizing: 1) the production of documents requested in Exhibit "A", no later than **September 30, 2009**, and 2) the examination of the Debtor, at the Office of the United States Trustee, **on October 6, 2009 at 3:00 p.m.**, and any other relief deemed just and necessary.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: August 25, 2009

/s/ Haeji Hong
Haeji Hong,
Attorney to the Acting United States Trustee

EXHIBIT "A"

1. All Documents related to agreement for legal services to be provided to the Debtor by Steven Houbeck, including but not limited to fee or retainer agreements; and

2. All Documents that evidence proof of payment to or on behalf of Steven Houbeck, including but not limited to cancelled checks, credit card statements, check ledger, receipts and/or any other documents.

The words "Document" or "Documents" in the singular or plural, shall mean any document, including, but not limited to, any kind of printed, recorded, written, graphic, photographic, magnetic, or electronic matter (including, without limitation, tape recordings and material for computer use), however printed, produced, or reproduced, coded or stored, of any kind or description, whether sent or received or not, including all originals, copies, reproductions, facsimiles, drafts, and both sides thereof, and including, without limitation: papers, books, accounts, letters, models, photographs, correspondence, telegrams, telex messages, memoranda, notes, notations, work papers, routing slips, intra and interoffice communications, intra and interdepartmental communications, transcripts, minutes, agenda, reports, notes or recordings of telephone or other conversations, or of interviews, or of conferences, affidavits, drawings, sketches, blueprints, statements, summaries, opinions, evaluations, appraisals, contracts, invoices, receipts, purchase orders requisitions, notebooks, entries, ledgers, journals, books or records of accounts, questionnaires, answers to questionnaires, petitions, desk calendars, appointment books, diaries, policy statements, manuals, rules, regulations, guidelines, newspaper stories, computer printouts, microfilm, microfiche, and material underlying, supporting or used in the preparation of any such documents and any similar material.