CSD 1001 [08/21/00]
Name, Address, Telephone No. & I.D. No.

HAEJI HONG, ATTORNEY # 198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 WEST BROADWAY, SUITE 600
SAN DIEGO, CA 92101-8511
(619) 557-5013

Order Entered on
August 28, 2009
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**DONALD R. SOUCY,**

Debtor.

BANKRUPTCY NO. 08-04626-LT13
Date of Hearing: N/A
Time of Hearing: N/A
Name of Judge: Laura S. Taylor

COURT MODIFIED

## EX PARTE ORDER AUTHORIZING EXAMINATION UNDER F.R.B.P. 2004 AND REQUEST FOR PRODUCTION OF RECORDS

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through Three (3) with exhibits, if any, for a total of 3 pages, is granted. U.S. Trustee's Motion Docket Entry No. ____

//
//
//
//
//
//

DATED: August 27, 2009

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. relief granted by the court.

Submitted by:
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE
(Firm name)

By: /s/ Haeji Hong
Attorney for Movant - HAEJI HONG

CSD 1001

```
CSD 1001 [08/21/00] (Page 2)
DEBTOR:  DONALD R. SOUCY
CASE NO: _08-04626-LT13_____
ORDER AUTHORIZING EXAMINATION UNDER
F.R.B.P. 2004 AND REQUEST FOR PRODUCTION OF RECORDS
```
---

This matter came before the Court on the Acting United States Trustee's Ex-Parte Motion for Order Authorizing Examination Under F.R.B.P. 2004 and Request for Production of Documents ("Ex-Parte Application").  This Court having considered the opposition to the Ex Parte Application filed on August 25, 2009 as Docket No. 83 and having determined that the opposition lacks merit in that:  (1) LBR 9013-6(a)(1)(G) allows a party to obtain an order authorizing 2004 Examination without notice; (2) good cause for the request is established by the Ex Parte Application; and (3) the request is appropriate under FRBP 2004(b) as it relates to the assets and administration of the estate; and based upon the Ex-Parte Application, and for good cause,

**IT IS HEREBY ORDERED** that Donald R. Soucy, Debtor, shall produce those documents, to the United States Trustee's Office, at 402 West Broadway, Suite 600, San Diego, California, 92101, to the attention of Haeji Hong, as described in Exhibit "A" attached hereto and incorporated herein by reference, no later than **Wednesday, September 30, 2009.**

**IT IS FURTHER ORDERED** that the examination of Donald R. Soucy, Debtor, shall be conducted at Office of the United States Trustee, **on October 6, 2009 at 3:00 p.m.** (or on an earlier date agreed to by the Office of the United States Trustee in writing) and continuing thereafter until completed.

CSD 1001

*Signed by Judge Laura Stuart Taylor August 27,2009*

```
CSD 1001 [08/21/00] (Page 3)
DEBTOR:  DONALD R. SOUCY
CASE NO: _08-04626-LT13_____
ORDER AUTHORIZING EXAMINATION UNDER
F.R.B.P. 2004 AND REQUEST FOR PRODUCTION OF RECORDS
```

EXHIBIT "A"

1. All Documents related to agreement for legal services to be provided to the Debtor by Steven Houbeck, including but not limited to fee or retainer agreements; and

2. All Documents that evidence proof of payment to or on behalf of Steven Houbeck, including but not limited to cancelled checks, credit card statements, check ledger, receipts and/or any other documents.

The words "Document" or "Documents" in the singular or plural, shall mean any document, including, but not limited to, any kind of printed, recorded, written, graphic, photographic, magnetic, or electronic matter (including, without limitation, tape recordings and material for computer use), however printed, produced, or reproduced, coded or stored, of any kind or description, whether sent or received or not, including all originals, copies, reproductions, facsimiles, drafts, and both sides thereof, and including, without limitation: papers, books, accounts, letters, models, photographs, correspondence, telegrams, telex messages, memoranda, notes, notations, work papers, routing slips, intra and interoffice communications, intra and interdepartmental communications, transcripts, minutes, agenda, reports, notes or recordings of telephone or other conversations, or of interviews, or of conferences, affidavits, drawings, sketches, blueprints, statements, summaries, opinions, evaluations, appraisals, contracts, invoices, receipts, purchase orders requisitions, notebooks, entries, ledgers, journals, books or records of accounts, questionnaires, answers to questionnaires, petitions, desk calendars, appointment books, diaries, policy statements, manuals, rules, regulations, guidelines, newspaper stories, computer printouts, microfilm, microfiche, and material underlying, supporting or used in the preparation of any such documents and any similar material.

CSD 1001

*Signed by Judge Laura Stuart Taylor August 27,2009*