HAEJI HONG, ATTORNEY #198503
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
402 West Broadway, Suite 600
San Diego, CA 92101
(619) 557-5013

Attorney for
TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>DONALD R. SOUCY,<br><br>Debtor.<br><br>ACTING UNITED STATES TRUSTEE,<br><br>Movant,<br><br>vs.<br><br>STEVEN R. HOUBECK,<br><br>Respondent | Case No.: 08-04626-LT13<br><br>Contested Matter Per OSC<br>Dated October 13, 2009<br><br>UNITED STATES TRUSTEE'S RESPONSE TO RESPONDENT'S OMNIBUS RESPONSE TO UST'S TRIAL BRIEF FOR EVIDENTIARY HEARING ON ORDER TO SHOW CAUSE WHY ATTORNEY SHOULD NOT DISGORGE FEES OR BE SANCTIONED<br><br>Date:    May 27, 2010<br>Time:   2:00 p.m.<br>Dept.:   Three (3)<br>Judge:  Hon. Laura S. Taylor |

    Steven Houbeck (the "Respondent") filed his Omnibus Response to UST's Trial Brief for Evidentiary Hearing on Order to Show Cause Why Attorney Should Not Disgorge Fees Or Be Sanctioned ("Respondent's Response"). Respondent's only argument is that the UST's brief is "conclusionary and fails to connect the dots." Respondent states that the UST ignored the facts and based the OSC on unsubstantiated allegations.

    The United States Trustee relies on her previous pleadings filed with the Court. The UST notes that the trial briefs are not the place for evidence and factual assertions to be proven.

RESPONSIVE BRIEF
SOUCY: 08-04626-LT13

- 1 -

Instead, the Court determines the facts of the case at trial. The purpose of trial briefing is to establish the legal authority for claims and assertions to be proven at trial. Respondent did not state any legal authority for the proposition that the UST is somehow required to prove specific facts in the trial brief.

Furthermore, the UST did not and has no power to issue an OSC -- the Court issued the OSC on October 13, 2009.

WHEREFORE, the UST submits this Response to Respondent's Response.

.

Respectfully submitted,

TIFFANY L. CARROLL
ACTING UNITED STATES TRUSTEE

Dated: March 24, 2010

By: /s/ Haeji Hong
Haeji Hong
Attorney for the Acting United States Trustee

RESPONSIVE BRIEF
SOUCY: 08-04626-LT13

-2-