CSD 1175 [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

                                                    Debtor.

BANKRUPTCY NO.

# REQUEST AND NOTICE OF HEARING REGARDING
# CHAPTER 13 TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE

TO:      [   ]    THOMAS H. BILLINGSLEA, JR., Chapter 13 Trustee for ODD numbered cases

         [   ]    DAVID L. SKELTON, Chapter 13 Trustee for EVEN numbered cases

         YOU ARE NOTIFIED that _____, the debtor(s), hereby object to the Notice of Intent to Dismiss the Chapter 13 Case and request a hearing pursuant to the Notice of Intent.

         Your Notice fixed _____[1] as the last date for serving and filing this Request and Notice of Hearing and the accompanying Declaration of the debtor[2] stating specific grounds for objection.

         You are further notified that a hearing will be held in Dept. No._____, Room _____, of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, on _____, at _____.m., or as soon thereafter as it can be hearing.

DATED:

                                        _____
                                        [Attorney for] Debtor(s)

--------

[1]**IMPORTANT NOTICE:**  Prior to this date, YOU MUST FILE the original and one copy of this Request and Notice of Hearing, together with your Declaration in Opposition and Proof of Service with the Clerk of the Bankruptcy Court at the address shown above, and serve a copy of the papers on the trustee.  You may obtain a hearing date and time from the Court by calling the number specified in the Notice of Intent.

[2]**NOTE:**  This form merely provides notice of the hearing and places it on the Court's calendar.  You must also file supporting declaration of the debtor as required by Local Bankruptcy Rule 9014.

CSD 1175

CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all time hereinafter mentioned was, more than 18 years of age;

That on _____ day of _____, I served a true copy of the within REQUEST AND NOTICE OF HEARING REGARDING CHAPTER 13 TRUSTEE'S NOTICE OF INTENT TO DISMISS CASE by [describe here mode of service]:

on the following persons [set forth name and address of each person served] and/or as checked below:

[  ]    For ODD numbered Chapter 13 cases:          [  ]    For EVEN numbered Chapter 13 cases:
        THOMAS H. BILLINGSLEA, JR., TRUSTEE                 DAVID L. SKELTON, TRUSTEE
        530 "B" Street, Suite 1500                         600 "B" Street, Suite 2000
        San Diego, CA 92101                                San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on_____
            (Date)

_____
(Typed Name and Signature)

_____
(Address)

_____
(City, State, ZIP Code)